**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | **4:22-CV-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a** | ) | |
| **FOOD CITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that **PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, K-VA-T FOOD STORES, INC., d/b/a FOOD CITY** via Summons and Complaint to:

K-VA-T Food Stores, Inc.,
d/b/a Food City
c/o Northwest Regional Agent Service, Inc.
300 Colonial Center Parkway, Ste. 100N
Roswell, GA 30076

*(Approval signature on following page)*

Respectfully submitted,

Massey & Associates, P.C.

*/s/R. Ethan Hargraves*
R. Ethan Hargraves, GA No. 793839
6400 Lee Highway, Ste. 101
Chattanooga, TN 37421
Ph: 423.697.4529; F: 423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*