# AFFIDAVIT OF SERVICE

| Case: 4:22-cv-00179-HLM-WEJ | Court: United States District Court Northern District of Georgia | County: | Job: 7528868 (Christoper Batton/Food City ) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Christopher Matthew Batten | | **Defendant / Respondent:** K-VA-T Food Stores, Inc., d/b/a Food City | |
| **Received by:** Eye of Providence Investigations | | **For:** Massey and Associates | |
| **To be served upon:** Northwestern Regional Agent Service, Inc, Registered Agent for K-VA-T Food Stores d/b/a Food City | | | |

I, Jennifer Hollifield, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Northwestern Regional Agent Service, Inc, Registered Agent for K-VA-T Food Stores d/b/a Food City , Company: 300 Colonial Center Parkway Suite 100N, Roswell, GA 30076

**Manner of Service:** Registered Agent, Aug 22, 2022, 1:03 pm EDT

**Documents:** Summons and Complaint; Certificate of Service;Plaintiff's First Interrogatories and Request for Production of Documents to Defendant, K-VA-T Food Stores, Inc., d/b/a Food City (Received Aug 18, 2022 at 8:30am EDT)

**Additional Comments:**
1) Successful Attempt: Aug 22, 2022, 1:03 pm EDT at Company: 300 Colonial Center Parkway Suite 100N, Roswell, GA 30076 received by Northwestern Regional Agent Service, Inc, Registered Agent for K-VA-T Food Stores d/b/a Food City . Ethnicity: Caucasian; Gender: Female; Weight: 225; Height: 5'5";
Met with Savannah Spencer, Adminstrative Asst who stated she would accept service for Northwestern Regional Agent Service, registered agent for K-Vat Food Stores, Inc. d/b/a Food City.

Jennifer Hollifield (signature) 8/23/2022
Jennifer Hollifield — Date
GA PDE050822/GA PDC002771

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Angela Overton (signature)
Notary Public
8/23/22 — 1/5/25
Date — Commission Expires

Eye of Providence Investigations
P O Box 44
Graysville , GA 30726
4238344838

ANGELA OVERTON
STATE OF TENNESSEE NOTARY PUBLIC
HAMILTON COUNTY

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

CHRISTOPHER MATTHEW BATTEN

*Plaintiff(s)*

v.

K-VA-T FOOD STORES, INC., d/b/a FOOD CITY

*Defendant(s)*

Civil Action No. 4:22-cv-00179-HLM-WEJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* K-VA-T FOOD STORES, INC., d/b/a FOOD CITY - C/O REGISTERED AGENT, NORTHWESTERN REGIONAL AGENT SERVICE, INC., 300 COLONIAL CENTER PARKWAY, SUITE 100N, ROSWELL, GA 30076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. ETHAN HARGRAVES
MASSEY & ASSOCIATES, P.C.
6400 LEE HIGHWAY, STE. 101
CHATTANOOGA, TN 37421

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 8/16/2022

United States District Court ★ Northern District of Georgia ★

s/ T. Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00179-HLM-WEJ

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: