IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00179 |
| | ) | |
| K-VAT-FOOD STORES, INC. d/b/a | ) | JUDGE: |
| FOOD CITY, | ) | MAGISTRATE: |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for K-VA-T Food Stores, Inc ________. certify to the best of my knowledge and belief:

☑ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☐ My client has the following parent corporation(s):

None.

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

None.

There are no other interested parties.

The undersigned is counsel for the Defendant.

Howard B. Jackson, BPR #021316
(Signature of Counsel)

09.15.2022
Date