IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00179 |
| | ) | |
| K-VAT-FOOD STORES, INC. d/b/a FOOD CITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the FIRST REQUEST FOR DOCUMENTS TO PLAINTIFF and FIRST SET OF INTERROGATORIES were served upon the Plaintiff, through counsel, this 4th day of October 2022 by placing a copy of the documents in the United States Postal Service, with postage prepaid and addressed as follows:

Ethan Hargraves
Massey and Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, TN 37421

This 4th day of October, 2022.

s/Howard B. Jackson
Howard B. Jackson, BPR # # 021316
hjackson@wimberlylawson.com
Mary Moffatt BPR # 012729
mmoffatt@wimberlylawson.com
Wimberly Lawson Wright Daves & Jones PLLC
550 W. Main Ave, Suite 900
Knoxville, TN 37902
(865) 564-1000 Telephone
(865) 546-1001 Facsimile