**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**AT ROME**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:22-CV-00179** |
| | ) | |
| **K-VA-T FOOD STORES, INC.,** | ) | |
| **d/b/a FOOD CITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**CERTIFICATE OF SERVICE**

---

This is to certify that the undersigned has this day served a true and exact copy of the foregoing Defendant's Initial Disclosures (and required Attachments) by and through all counsel of record, by electronic mail and by placing same in the United States mail, postage prepaid, and addressed to the following:

**Ethan Hargraves**
**Massey and Associates, P.C.**
**6400 Lee Highway, Suite 101**
**Chattanooga, Tennessee 37421**
**(888)885-1982**
**(423)634-8886**
**amandaj@masseyattorneys.com**

This 21st day of October 2022.

/s/ Howard B. Jackson
Howard B. Jackson