IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
AT ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN,<br><br>Plaintiff,<br><br>v.<br><br>K-VAT-FOOD STORES, INC. d/b/a FOOD CITY,<br><br>Defendant. | ) | Case No. 4:22-cv-00179 |

**JOINT MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26, the parties, through counsel, jointly MOVE this Court for a Protective Order protecting all documentary information produced or exchanged in the course of discovery in this litigation that contains financial, personnel information, business, customer, personal, credit, private medical, tax, corporate policies or business strategies, or other similar confidential information pertaining to a party to this litigation, and that is so designated by stamping "Confidential" on each such document by the producing party deeming such documentation confidential. The undersigned hereby certifies to the Court that the parties have in good faith conferred and the parties have agreed to the Stipulated Protective Order attached as Exhibit 1 hereto for the Court's consideration.

Respectfully submitted this 4th day of January, 2023.

/s/ Howard B. Jackson
Howard B. Jackson, BPR #021316
Wimberly Lawson Wright Daves & Jones, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000
(865) 546-1001 (fax)
hjackson@wimberlylawson.com
Attorney for K-VA-T Food Stores, Inc.

/s/ Ethan Hargraves
Ethan Hargraves (Ga Bar # 793839)
Massey and Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, Tennessee 37421
(888)885-1982
(423)634-8886
amandaj@masseyattorneys.com
Attorney for Plaintiff,
Christopher Matthew Batten