IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

CHRISTOPHER MATTHEW BATTEN, )
)
Plaintiff, )
)
v. ) Case No. 4:22-cv-00179
)
K-VAT-FOOD STORES, INC. d/b/a )
FOOD CITY, )
)
Defendant. )

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the RESPONSE TO REQUESTS FOR INTERROGATORIES TO PLAINTIFF and RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS were served upon the Plaintiff, through counsel, on the 4th day of January 2023 by electronic mail addressed as follows:

Ethan Hargraves
Massey and Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
ethan@masseyattorneys.com>
amandaj@masseyattorneys.com

This 5th day of January, 2023.

s/Howard B. Jackson
Howard B. Jackson, BPR # # 021316
hjackson@wimberlylawson.com
Mary Moffatt BPR # 012729
mmoffatt@wimberlylawson.com
Wimberly Lawson Wright Daves & Jones PLLC
550 W. Main Ave, Suite 900
Knoxville, TN 37902
(865) 564-1000 Telephone
(865) 546-1001 Facsimile