**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**K-VA-T FOOD STORES, INC., d/b/a FOOD CITY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 4:22-CV-179**<br><br>**JURY DEMANDED** |

---

**NOTICE TO TAKE DEPOSITION OF RICKIE ESTEP**

---

**TO: RICKIE ESTEP**
**c/o WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC**
**P.O. Box 2231**
**Knoxville, TN 37901**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, notice is hereby given that the deposition of **RICKIE ESTEP** shall take place on Friday, January 27, 2023, at 12:00 p.m. EST via Zoom. Said deposition shall be taken for discovery purposes as allowed by the Federal Rules of Civil Procedure and shall be taken by oral examination before a notary public or other office authorized by law and will be recorded via stenographic and video means and will continue from day to day until completed.

This 19th day of January 2023.

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*

R. Ethan Hargraves, GA No. 793839
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Ph: 423.697.4529, F: 423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | **4:22-CV-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and exact copy of the within and foregoing **NOTICE TO TAKE DEPOSITIONS OF RICKIE ESTEP** by and through all counsel of record, via the Court's CM/ECF and Electronic Mail to the following:

Howard B. Jackson
Mary Moffatt
WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
hjackson@wimberlylawson.com
mmoffatt@wimberlylawson.com

This 19th day of January 2023

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves