**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT COURT OF GEORGIA**
**AT ROME**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:22-cv-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff, Christopher Matthew Batten, by and through the undersigned counsel moves the Court pursuant to Rule 6(b), to extend the discovery deadline, and the deadline for dispositive motions, by thirty (30) days and in support thereof states as follows:

1. The parties' current discovery deadline is February 10, 2023.
2. As of the filing of this Motion, the parties have completed all discovery except for the deposition of Defendant's Corporate Representative.
3. Plaintiff previously filed and sent a Notice of Deposition to Defendant for the deposition of a corporate representative pursuant to Rule 30(b)(6); said deposition was scheduled to occur on January 27, 2023.

4. Plaintiff was prepared to proceed with the 30(b)(6) deposition on January 27, 2023.
5. Defendant did not have a 30(b)(6) designee prepared and present on January 27, 2023.
6. On January 27, 2023, Plaintiff's counsel deposed Donnie Meadows, Rickie Estep, and Archie Skeen.
7. Based in part on testimony of the deponents on January 27, Plaintiff's counsel sent an amended notice of deposition to Defendant through counsel on February 1, 2023. The amended notice added 7 topics for examination.
8. On February 6, 2023, counsel for Defendant sent Plaintiff's counsel a letter containing objections and requests for narrowing of the topics for the 30(b)(6) deposition.
9. The parties are presently attempting to come to an agreement regarding the topics for the 30(b)(6) deposition and to schedule this deposition, but are unable to do so prior to the February 10, 2023, discovery deadline.
10. Plaintiff moves the Court to extend the February 10, 2023, discovery deadline by thirty (30) days, to allow the parties time to schedule the necessary deposition.

11. Plaintiff moves the Court to modify all other deadlines, including the dispositive motion deadline, as necessary to accommodate the extension of the discovery deadline.

12. Plaintiff's counsel has conferred with counsel for Defendant who has advised that Defendant does not oppose this motion.

WHEREFORE, Plaintiff prays that the Court extend the parties' discovery deadline of February 10, 2023, as well as the deadline for dispositive motions, by thirty (30) days, and modify all other deadlines as necessary to accommodate this extension.

Respectfully submitted,

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves, GA No. 793839
6400 Lee Highway, Ste. 101
Chattanooga, TN 37421
Ph: 423.697.4529, F:423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**AT ROME**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:22-cv-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC. d/b/a** | ) | |
| **FOOD CITY,** | ) | |
| | ) | |
| **Defendant.** | | |

## CERTIFICATE OF SERVICE

This is to certify that on February 8, 2023, I electronically filed the foregoing **MOTION TO EXTEND DISCOVERY DEADLINE** with the Clerk of the Court using the CM/ECF system, which will automatically serve all counsel of record.

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves, GA No. 793839
*Attorney for Plaintiff*