IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00179 |
| | ) | |
| K-VAT-FOOD STORES, INC. d/b/a<br>FOOD CITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the INITIAL DISCLOSURES, FIRST SUPPLEMENT was served upon the Plaintiff, through counsel, on the 2nd day of March 2023 by electronic mail addressed as follows:

Ethan Hargraves
Massey and Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
ethan@masseyattorneys.com>
amandaj@masseyattorneys.com

This 2nd day of March 2023.

s/Howard B. Jackson
Howard B. Jackson, BPR # # 021316
hjackson@wimberlylawson.com
Mary Moffatt BPR # 012729
mmoffatt@wimberlylawson.com
Wimberly Lawson Wright Daves & Jones PLLC
550 W. Main Ave, Suite 900
Knoxville, TN 37902
(865) 564-1000 Telephone
(865) 546-1001 Facsimile