# EXHIBIT 1 – PART II

# EXHIBITS TO

# DEPOSITION OF PLAINTIFF

EXHIBIT
1 1-11-23
Christopher Batten

PENGAD 800-631-6989

## JOB SEARCH

| DATE OF APPLICATION | METHOD OF APPLICATION | EMPLOYER | POSITION | RESULT |
|---|---|---|---|---|
| 4.4.2022 | Indeed | The Mortgage Calculator - FL | Remote Mortgage Processor | No interview or offer |
| 4.7.2022 | Indeed | Foundation Title and Escrow | Escrow Officer | No interview or offer |
| 4.7.2022 | Indeed | The Mortgage Calculator - CA | Remote Mortgage Processor | No interview or offer |
| 4.11.2022 | Indeed | First Horizon | Mortgage Loan Officer | No interview or offer |
| 4.13.2022 | Indeed | ReminderMedia | Sales Closer - Remote | No interview or offer |
| 4.15.2022 | Indeed | Obsidian Financial Services | Mortgage Loan Officer | No interview or offer |
| 4.21.2022 | Indeed | Quontic Bank | Loan Processor - Remote | No interview or offer |
| 4.26.2022 | Indeed | Thomas Enterprises | Customer Service Rep. - Remote | No interview or offer |
| 4.29.2022 | Indeed | SelectQuote | Sales Advisor – Remote | No interview or offer |
| 5.10.2022 | Indeed | Windstream Communication | Customer Care Specialist – Remote | No interview or offer |
| 5.10.2022 | Indeed | Great Lakes Investments | Insurance Sales Rep | No interview or offer |

| | | | | |
|---|---|---|---|---|
| 5.10.2022 | Indeed | SHR Talent | Sales Rep | No interview or offer |
| 5.14.2022 | Indeed | Milford Federal Bank | Unknown | No interview or offer |
| 5.25.2022 | Indeed | Mutual of Omaha Mortgage | Loan Officer - Reverse Mortgage | No interview or offer |
| 5.31.2022 | Indeed | FirstBank | Financial Services Rep | No interview or offer |
| 5.31.2022 | Indeed | UniTrust Financial Group | Remote Sales Rep | No interview or offer |
| 5.31.2022 | Indeed | Liberty Investments | Remote Sales Consultant | No interview or offer |
| 7.19.2022 | Indeed | Parallon | Virtual Customer Advisor | No interview or offer |
| 7.19.2022 | Indeed | MedSrv, LLC | Customer Service Rep | No interview or offer |
| 7.19.2022 | Indeed | Mike Collins & Associates | Sales Assistant | No interview or offer |
| 7.19.2022 | Indeed | InfoCision Management Corporation | Work from Home Call Center | No interview or offer |
| 7.19.2022 | Indeed | Claims Recovery Financial Services | Post Foreclosure Mortgage Claims Processor – Remote | No interview or offer |

| | | | | |
|---|---|---|---|---|
| 7.25.2022 | Indeed | LATPP, Inc. | Educational Sales and Customer Success Associate – Remote | No interview or offer |
| 7.25.2022 | Indeed | Direct Fairways | Sales Rep – Remote | No interview or offer |
| 7.25.2022 | Indeed | Highmark Residential, LLC | Leasing Consultant | No interview or offer |
| 7.28.2022 | Indeed | SelectQuote | Sales Dev. Advisor | No interview or offer |
| 7.28.2022 | Indeed | DivcoData | Account Manager | No interview or offer |
| 8.8.2022 | Indeed | Flexicrew Staffing | Loan Processor | No interview or offer |
| 8.8.2022 | Indeed | SelectQuoter | Remote Sales Advisor | No interview or offer |
| 8.22.2022 | Indeed | Clean Water Partners | Sales Rep | No interview or offer |
| 8.22.2022 | Indeed | Foundation Title and Escrow Series | Jr. Escrow Officer | No interview or offer |
| 8.22.2022 | Indeed | Alco Management | Occupancy Coordinator | No interview or offer |
| 9.6.2022 | Indeed | Steel Warehouse | Account Manager | No interview or offer |
| 9.6.2022 | Indeed | Regional Management | Asst. Branch Manager | No interview or offer |

| | | | | |
|---|---|---|---|---|
| 9.13.2022 | Indeed | Claims Recovery Financial Services | Post Foreclosure Mortgage Claims Processor – Remote | No interview or offer |
| 9.13.2022 | Indeed | MedSrv | Refund Analyst - Remote | No interview or offer |
| 9.22.2022 | Indeed | Kinsmith Finance | Customer Service Rep | No interview or offer |
| 9.22.2022 | Indeed | Echelon Fitness | Position Unknown | No interview or offer |
| 9.22.2022 | Indeed | Scenic Community Credit Union | Consumer Loan Processor | No interview or offer |
| 9.28.2022 | Indeed | Viking Cruises | Customer Relations Agent – Remote | No interview or offer |
| 9.28.2022 | Indeed | Viewstream, Inc. | Customer Experience Functional Consultants | No interview or offer |
| 9.30.2022 | Indeed | Optavise | Account Executive | No interview or offer |
| 9.30.2022 | Indeed | Best Brands, Inc. | Key Accounts Manager | No interview or offer |

# POSITION DESCRIPTION

TITLE: Fuel Clerk
REPORTS TO: Fuel Coordinator

PENGAD 800-631-6989
EXHIBIT
2 1-11-23
Christopher Batten

## ESSENTIAL JOB FUNCTIONS

1. Provide efficient and courteous service to customers at all times.
2. Scan and ring customer orders according to company policy.
3. Receive and be accountable for all funds taken for each transaction.
4. Keep work station and area around fuel station neat and clean.
5. Know and follow all state and local laws regarding cigarette/tobacco sales.
6. Know and follow all federal laws regarding food stamp.
7. Know and follow all coupon handling procedures.
8. Follow company check cashing and tendering policies.

## ADDITIONAL JOB FUNCTIONS

1. Assist with light stocking duties (candy, cigarettes, chips, motor oil).
2. Sweep and mop work area.
3. Cleaning the concrete area around the pumps of the fuel station daily with approved methods.
4. Replace misplaced items to the proper location.
5. Collect trash as needed.
6. Keep paper towels and windshield wiper fluid stocked at pumps.
7. Keep pumps clean.
8. Other duties may be assigned as needed.

## EQUIPMENT

1. Registers and Scanners
2. Intercom
3. Adding Machine
4. Pump Switches
5. Veeder Root Meter

## SAFETY REQUIREMENTS

1. Counters and floor areas should be free and clean of hazards.
2. Store associates need to use proper scanning techniques to alleviate hand and wrist disorders.
3. All cleaning supplies should be kept in designated areas.
4. Know location and operating procedures for fire extinguishers.
5. Know and follow correct lifting procedures.
6. Associates should wear proper footwear for their working environment.
7. Know location and operating procedures for the emergency shut-off valve for the gas tanks.
8. Not leaving the kiosk after dark unless another associate is working with them.
9. Till or money must be transported via automobile & NEVER alone.

## PHYSICAL DEMANDS

1. **Job Requirements (in an 8-hour workday)**
   - A. Sit – Frequently
   - B. Stand – Frequently
   - C. Walk – Occasionally

2. **Movements**
   - A. Bend/stoop – Frequently (up to 4 hours)
   - B. Reach above shoulder level – Occasionally (up to 2 hours)
   - C. Pushing/pulling – Frequently (up to 4 hours)

3. **Weight Carried**
   - A. Up to 10-lbs. – Frequently (up to 4 hours)
   - B. 11 to 25-lbs. – Frequently (up to 4 hours)
   - C. 26 to 50-lbs. – Occasionally (up to 2 hours)
   - D. 51-lbs. and up – not at all

4. **Weight Lifted**
   - A. Up to 10-lbs. – Frequently (up to 4 hours)
   - B. 11 to 25-lbs. – Frequently (up to 4 hours)
   - C. 26 to 50-lbs. – Occasionally (up to 2 hours)
   - D. 51-lbs. and up – not at all

5. **Hands Used for Repetitive Action, such as:**
   - A. Simple/light grasping (up to 6 hours)
   - B. Firm, strong grasping (up to 2 hours)

Digitally Signed By: Christopher Batten
Date: May-20-2019 1:17:35 PM EDT

Employee Signature

05/20/2019

Date

EXHIBIT
3 1-11-23
Christopher Batten

Job Description Acknowledgment

I have read the job description assigned to the position I have been offered and can complete all job functions as described.

☐ Yes
☑ No

Please list the job functions stated in the previously viewed job description that you are unable to perform:
Moving 50 pounds

Digitally Signed By: Christopher Batten
Date: May-20-2019 1:19:17 PM EDT

Employee Signature

Digitally Signed By: Frances Harris
Date: May-21-2019 10:35:16 AM EDT

Manager Signature

EXHIBIT
4 1-11-23
Christopher Batten

**Receipt for Associate Handbook**

I have received my copy of the August 2017 Revision of the Food City Associate Handbook. I agree that this handbook and the policies, practices, and information contained herein, supersede any and all other associate handbooks, policies, practices, and information previously issued by K-VA-T Food Stores, Inc., or any other predecessor company. I agree to read my handbook and keep my handbook for future reference and observe present and any future company personnel policies and rules outlined in this handbook. I further understand
that this handbook is intended as a guide for personnel policies, benefits, and general information, and that these guidelines should not be construed as an employment contract.

I understand management reserves the right to make changes in the guidelines or their application as it deems appropriate, and these changes may be made with or without notice. I also understand that employment is terminable at the will of either the associate or the company at any time, and that no representative of the company other than the Chief Executive Officer has any authority to make any contrary agreement.

Digitally Signed By: Christopher Batten
Date: May-20-2019 1:18:06 PM EDT

Employee Signature

05/20/2019

Date

EXHIBIT
5 1-11-23
Christopher Butts

On July 23rd, 2021, Matthew Batten called to inform me that the camp that he attended while he was out was to train and to receive a Service Dog. Before he left for this camp Matthew Batten said that the camp was just for his disability. I spoke with him to let him know that I was not able to give him permission for this and I wasn't sure what information that I would be able to give him now and that I would need to reach out to my HR Supervisor. Later Matthew Batten came to the store with his Service dog and his paperwork. During the meeting with Matthew, his Service Dog kept jumping on Amber Grindle. I kept telling Matthew that now we haven't heard anything about what we could do with his Service dog. Matthew wanted to talk to Gary Richards about his dog and what he needed to do. After Gary talked to Matthew, we took photos of his document to send in to get approval for his Service dog. I kept telling Matthew, I did not have permission to give him about his service dog and that I was just the middleman. We reached out to Donny Rector to see what we could do about his service dog. Gary and I did not hear anything from Donny and decided to let him work until we received an answer.

Emily Hobbs
Emily Hobbs
11/29/2021

Patient: Batten, Christopher DOB: Oct 02 1979 Chart#:

180799

GALEN
MEDICAL GROUP

Wisdom. Compassion. Integrity.

East Internal Medicine & Pediatrics
1651 Gunbarrel Road, Suite 302
Chattanooga, TN 37421
423-899-2904

EXHIBIT
1-11-23
6
Christopher Batten

PENGAD 800-631-6989

# CERTIFICATE TO RETURN TO WORK OR SCHOOL

Christopher Batten is my primary care patient. He takes gabapentin regularly, which is a medication that makes him extremely sensitive and intolerant to heat. Please accommodate any needs he may have surrounding this issue.

August 14, 2020

Katrina Gooden M.D.



K-VA-T
000962

150799

ELITE
PAIN CONSULTANTS

To whom it may concern,

This is a note to confirm that Christopher Batten was seen in my office today, 8/9/20 – 8/10/20, for a doctor's appointment.

If you have any questions in this regard, please do not hesitate to call our office at 423-339-9581.

Sincerely,

CF

Elite Pain Consultants

erlanger Health System

150799

EMG CHATTANOOGA BONE AND JOINT
1809 GUNBARREL ROAD, SUITE 101
CHATTANOOGA TN 37421-7162
Dept: 423-893-9020
Dept Fax: 423-893-9040

August 14, 2020

Patient: **Christopher Matt Batten**
Date of Birth: **10/2/1979**
Date of Visit: **8/14/2020**

To Whom It May Concern:

It is my medical opinion that Christopher Batten may continue to work, but please limit his standing and walking for the next three weeks.

If you have any questions or concerns, please don't hesitate to call.

Sincerely, Mark Cloutier NPC

Mark L Cloutier, NP

Patient: Batten, Matthew DOB: Oct 02 1979 Chart#:

GALEN
MEDICAL GROUP

Wisdom. Compassion. Integrity.

150799

East Internal Medicine & Pediatrics
1651 Gunbarrel Road, Suite 302
Chattanooga, TN 37421
423-899-2904

# CERTIFICATE TO RETURN TO WORK OR SCHOOL

Matthew Batten has been under my care from 09/30/2019 to 10/03/2019 and is able to return to work/school on: 10/04/2019

Remarks:

Diagnosis:

September 30, 2019

Kristin Evans, NP

RECEIVED OCT 07 2019

Patient: Batten, Matthew DOB: Oct 02 1979 Chart#:

150799

GALEN
MEDICAL GROUP
*Wisdom. Compassion. Integrity.*

East Internal Medicine & Pediatrics
1651 Gunbarrel Road, Suite 302
Chattanooga, TN 37421
423-899-2904

# CERTIFICATE TO RETURN TO WORK OR SCHOOL

Matthew Batten has been under my care today and is able to return to work on: 10/6/19 .

Diagnosis: Cellulitis - resolved

October 4, 2019

Katrina Gooden, M.D.

RECEIVED OCT 0 7 2019