# EXHIBIT 2

# DEPOSITION OF RICHARDS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA AT ROME

---

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | NO. |
| | : | 4:22-CV-00179 |
| K-VAT-FOOD STORES, INC., d/b/a | : | |
| FOOD CITY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

---

THE VIDEOTAPED DEPOSITION OF
GARY RICHARDS
January 12, 2023

---

Whitney A. Vaughn, TN LCR# 418
Angel & Associates Court Reporting
P.O. Box 1145
Hixson, Tennessee 37343
(423) 876-4435 and 800-298-DEPO (3376)

**Q Okay. Does that extend to their associates as well?**

A Yes.

**Q Prior to Mr. Batten, had you ever had to handle an employee request for disability accommodation?**

A No.

**Q So Mr. Batten was the first?**

A Correct.

**Q Had you had any training on that issue before?**

A No.

**Q Have you since?**

A No.

**Q When did you first meet Mr. Batten?**

A I can't remember.

**Q Okay. You can ballpark it if you want.**

A 2000 -- I'm going to say 2020, maybe, thereabout.

**Q Was that when he was transferred to the 214 store?**

A Yes.

**Q Okay. So that would have been the first time that you met him?**

**Q Okay. Do you remember an incident where an employee made a joke about Mr. Batten's amputated arm?**

A No, sir.

**Q When did you first learn that Mr. Batten had requested an accommodation in the form of a service animal?**

A The day he showed up to work.

**Q Okay. Do you remember what day that was?**

A No.

**Q Okay. Could it have been around July 23rd of 2021?**

A I don't know.

**Q So he had -- he didn't call you in advance of that? He just showed up with the dog?**

A Correct.

**Q Okay. How did you learn that he had showed -- that he had just showed up with the dog? Did you see him just show up?**

A I was paged to the office. When I went to the office, he was up there. He was in the office with the dog.

**Q Who paged you?**

A Emily -- Emily Hobbs.

**Q Did y'all have any discussion at that point?**

A We did.

**Q Now, I want to be clear. Did you and Ms. Hobbs have any discussion at that point?**

A No. No.

**Q So you went down to the office or up to the office?**

A Upstairs to the office, yes.

**Q And what did you do when you got there?**

A I asked him what -- you know, why was -- why was I paged to the office, and that's when he told me that he had a service dog and was going to bring it to work.

**Q Okay. What else did y'all talk about?**

A Well, I told him I couldn't authorize it, that I would have to reach out to the powers that be, which would be David Ellison, but he was on vacation that week. And I contacted Donnie Meadows.

**Q Okay. Donnie Meadows was the human relations director?**

MR. JACKSON: Donny Rector?

THE WITNESS: Or Donny Rector. I'm sorry.