IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN,<br><br>Plaintiff,<br><br>v.<br><br>K-VAT-FOOD STORES, INC. d/b/a<br>FOOD CITY,<br><br>Defendant. | ) | Case No. 4:22-cv-00179<br><br>JUDGE:<br>MAGISTRATE: |

JOINT MOTION TO EXTEND DEADLINE FOR PRE-TRIAL ORDER

The parties jointly move to extend the deadline for filing the pre-trial Order. The deadline is currently April 12, 2023. The parties have completed discovery and worked diligently to do so. Lead counsel for both parties have had extensive out of office duties during the past month which has made it difficult to draft the pre-trial Order.

In addition, Defendant has prepared and has now timely filed a motion for summary judgement. Per Local Rule 16.4 (A), the pre-trial Order is due 30 days after the close of discovery or 30 days after the Court's ruling on a pending motion for summary judgment, whichever is later.

The parties request an extension of time to submit the pre-trial Order until 30 days after the Court has ruled on the pending motion for summary judgment.

No trial date has been set and the parties therefore respectfully submit that there will be no prejudice to any party nor to the administration of this case by the granting of this motion.

Respectfully submitted this 11th day of April 2023.

/s/ Howard B. Jackson
Howard B. Jackson, BPR #021316
Wimberly Lawson Wright Daves & Jones, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000
(865) 546-1001 (fax)
hjackson@wimberlylawson.com
Attorney for K-VA-T Food Stores, Inc.

/s/Ethan Hargraves
Ethan Hargraves (Ga Bar # 793839)
Massey and Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, Tennessee 37421
(888)885-1982
(423)634-8886
amandaj@masseyattorneys.com
Attorney for Plaintiff,
Christopher Matthew Batten