IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA AT ROME

---

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | NO. |
| | : | 4:22-CV-00179 |
| K-VAT-FOOD STORES, INC., d/b/a | : | |
| FOOD CITY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

---

THE VIDEOTAPED DEPOSITION OF
SHERRELL LYON, JR.
January 12, 2023

---

Whitney A. Vaughn, TN LCR# 418
Angel & Associates Court Reporting
P.O. Box 1145
Hixson, Tennessee 37343
(423) 876-4435 and 800-298-DEPO (3376)

INDEX OF EXAMINATION


Page

Examination By Mr. Hargraves............ 6


INDEX OF EXHIBITS


1 Email Chain starting with 7/26/21.. 32

2 Email Chain starting with 9/8/21... 34

APPEARANCES:

Appearing for Plaintiff:

R. ETHAN HARGRAVES, ESQUIRE
ethan@masseyattorneys.com
Massey & Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, Tennessee 37421
(423) 697-4529

Appearing for Defendant:

HOWARD B. JACKSON, ESQUIRE
hjackson@wimberlylawson.com
Wimberly, Lawson, Wright, Daves & Jones, PLLC
550 Main Avenue, Suite 900
Knoxville, Tennessee 37901
(865) 546-1000

ALSO PRESENT: Videographer, Patrick Black

---

The videotaped deposition of SHERRELL LYON, JR., called as a witness at the instance of the Plaintiff, for purposes of discovery, pursuant to the Federal Rules of Civil Procedure, taken pursuant to agreement on January 12, 2023, at the law offices of Massey & Associates, P.C., 6400 Lee Highway, Suite 101, Chattanooga, Tennessee 37421, commencing at 12:57 p.m., before Whitney A. Vaughn, Court Reporter and Notary Public.

S T I P U L A T I O N

It being agreed between counsel for the respective parties that Whitney A. Vaughn, Court Reporter and Notary Public, may swear the witness, take his deposition in machine shorthand, afterwards reducing the same to typewriting.

All objections, except as to the form of the question and responsiveness of the answer, are reserved to on or before the hearing.

It being further agreed that all formalities as to notice, caption, certificate, transmission, etc., are expressly waived. Signature waived.

//

THE VIDEOGRAPHER: We are now on the record. Today is Thursday, the 12th of January, 2023. The time is 12:57 p.m.

This is the video deposition of Sherrell Lyon in the matter of Christopher Matthew Batten versus K-VA-T Food Stores, Incorporated, doing business as Food City. This is case number 4:22-cv-00179.

This deposition is being held today at the law offices of Massey & Associates, located at 6400 Lee Highway, Suite 101, in Chattanooga, Tennessee.

My name is Patrick Black, the videographer. Our court reporter is Whitney Vaughn.

I'll ask counsel to please introduce yourselves and state whom you represent.

MR. HARGRAVES: Ethan Hargraves on behalf of the plaintiff Matthew Batten.

MR. JACKSON: Howard Jackson on behalf of Food City.

THE VIDEOGRAPHER: I'll ask the court reporter to swear in the witness.

//

//

//

SHERRELL LYON, JR.,

called at the instance of the Plaintiff, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. HARGRAVES:

**Q Mr. Lyon, could you just state your full name for the record?**

A My name is Sherrell Edward Lyon, Jr.

**Q Mr. Lyon, my name is Ethan Hargraves. I'm the attorney with Massey & Associates. We represent Mr. Batten in this case. Have you ever testified in a deposition before?**

A I believe so, yes.

**Q Do you remember when that was?**

A Many, many, many years ago.

**Q Okay. Since it's been a little while, the first thing I like to do is kind of go over a few ground rules for how it's going to go so you can hopefully understand the process a little bit better.**

**As you can tell, we're trying to make a clear record --**

A Sure.

**Q -- of everything that everybody says today. That's what the court reporter is doing. And**

one thing we can do to make her job easier is not talk over each other, which it can happen very naturally.

So if you would, do your best to let me finish my full question before you start to answer, and I'll do my best to let you finish your full answer before I ask another question. Sound fair?

A Sure.

Q And another thing that we can do is keep the answers verbal. Head nods and gestures are difficult to write down in a transcript. Things like uh-huh and huh-uh can also get confused.

So there may come a time when I just ask to clarify is that a yes or is that no. And I'm not trying to be mean to you or call you out. I just want to make sure that we understand what it is you're saying. Does that make sense?

A It does.

Q Okay. And if I ask you a question that you don't understand, whether there is a word in the question you don't understand or I just asked you a bad question, which absolutely can happen, if you don't understand it, just let me know and I will do my best to rephrase it so that you can understand it.

**Okay?**

A Okay.

**Q And if you need a break at any point, all you got to do is ask and we can take a break. The only caveat I have is if I have asked a question, I will want to get an answer to that question before we take the break. Does that make sense?**

A It does.

**Q Mr. Lyon, where do you currently live?**

A Jonesborough, Tennessee.

**Q How long have you lived there?**

A Sixteen, seventeen years.

**Q That's up around Tri-Cities, isn't it?**

A It is.

**Q Okay. That's a little bit of a drive?**

A It is.

**Q Well, I appreciate you coming down. Did you attend high school?**

A I did.

**Q Where at?**

A Sullivan East High School in Sullivan County, Tennessee.

**Q Sullivan?**

A Sullivan.

**Q Did you graduate?**

A I did.
Q And what -- did you have any college after that?
A I did.
Q What was that?
A East Tennessee State University.
Q Okay. Did you get a degree?
A I did.
Q And what was that in?
A Business.
Q Okay. Do you have any other degrees?
A I do not.
Q All right. Do you have any professional licenses or certifications?
A I do not.
Q Okay. Do you have any other professional training?
A I do not.
Q Okay. Are you a member of any professional clubs or organizations?
A No.
Q Have you ever been convicted of a crime?
A No.
Q You work for K-VA-T Food Stores, Inc.;

**is that right?**

A Yes.

**Q And that's commonly referred to as Food City?**

A Yes.

**Q What is your current position with Food City?**

A Well, it hasn't been announced yet, but right now I'm the vice president of human resources effective the 25th.

**Q Okay. So before moving into that position, which I guess hasn't been formalized yet, what was your position before that?**

A Director of human resources.

**Q And in the hierarchy, where do those two positions fall?**

A The vice president would be higher than the director.

**Q Okay. Assuming -- is there a president of human resources?**

A There is not.

**Q Okay. So is that the -- is that the tiptop of the human resources chain?**

A It would be, yes.

**Q Well, congratulations.**

A Thank you.

**Q Most of what we'll be talking about today will have to do with your job as the director of HR since that was what you -- the position you were in for at least most of the case that we're here about today.**

**Did you have -- as the director of HR, I assume that was over all of the human resources operations at all of the Food City locations?**

A That's correct.

**Q All right. And who were the employees directly beneath you who answered to you?**

A In what time period?

**Q As the director of HR.**

A I have -- I have several direct reports. I have an admin. Her name is Kim Bateman. Do you want the entire list or do you want --

**Q Is that feasible?**

A Yeah, I'll try. Some of it has changed.

**Q Sure.**

A Kathy Jones, IS analyst; Levi Tignor, HR generalist; Randy Rotten, benefits manager; Sarah Spahr, division HR specialist; David Ellison, division HR specialist; Donny Rector, division HR

specialist; Rickie Estep, office manager; three clerks, Natalie, Jenna, and Becky. Let's see. Junior clerk, Angie Botts; director of healthy initiatives, Laurie Hamilton. And I think that's all.

**Q Well, thank you for that. You mentioned one position in there, the division HR specialist, and you mentioned a couple of those. How many division HR specialists are there?**

A There is one for each division.

**Q And how many divisions are there?**

A Three.

**Q At the time of this case, which primarily is around August 2021, would the -- would two of those HR specialists have been David Ellison and Donny Rector?**

A Yes.

**Q Do you know who the third one would have been at that time?**

A It would still be Sarah Spahr.

**Q As the director of HR, would you be directly involved in requests for accommodation by employees?**

A Not necessarily all requests for accommodations, no.

**Q Is that something that the HR specialist could resolve on their own?**

A They absolutely could.

**Q So they didn't necessarily need to pass all of those requests for accommodation up the chain to you?**

A They would not.

**Q Okay. And I forgot to ask you this, but you were in a little bit of a transition around the time that this happened. So when exactly, if you can recall, did you step into the HR director position?**

A That would have been in the spring of 2021, I believe. There was a transitional period when Donnie -- our previous vice president of human resources -- where we kind of overlapped, but I didn't really -- I was there more for observation than anything, so I didn't really spend a lot of direct time with Donnie. It was more time in the departments.

**Q Okay. So there was a transition period where you were working alongside or underneath Donnie Meadows to observe?**

A Departments, not necessarily Donnie.

**Q Oh, okay. Sure.**

A So spend time in benefits, time in -- with all those different departments under HR.

**Q During that time, did you take part in any actual decision-making related to the director's duties?**

A I did not.

**Q Did Donnie Meadows loop you in on any decision-making during that time?**

A He did not.

**Q Didn't allow you to observe any particular decision-making?**

A My time was to be spent in the departments. I had to learn those before he exited.

**Q Sure. Okay. So as of August 2021, Donnie Meadows would have been the one in charge of HR or rather he would have been the director of HR?**

A He would be the VP of HR at that time.

**Q Oh, okay. He was the VP?**

A Yes.

**Q So he actually was the head honcho over HR --**

A Yes.

**Q -- at that time?**

A Uh-huh.

**Q Who was the director of HR at that**

**time?**

A We -- I don't believe we had one at that time. I don't remember exactly when I went in the role, but prior to the transition of me taking Donnie's place, there was not a director. So it was kind of a steppingstone to prepare me before Donnie left.

**Q So prior to that transition, there was one head HR position?**

A That's correct.

**Q After the transition, Donnie Meadows assumed the -- I guess the VP of HR?**

A He remained the VP. He was already a VP, and we didn't have a director.

**Q Okay. I think I got it now. They essentially created this new position, director of HR, for you?**

A Correct.

**Q What were your responsibilities as the director of HR and specifically as distinguished from the VP of HR?**

A Like I said, I was there to learn the different departments. I spent time with benefits because benefits is a huge piece of resources. I spent time with the office manager. I spent time

with the clerks. I spent time with the scanner person. I spent time with the admin. I spent time with everyone in HR.

**Q All right.**

A And prior to that I was a division HR specialist.

**Q Okay. So you would have been one of those three division positions?**

A Correct.

**Q Okay. How long had you been in that position?**

A I guess about five and a half years.

**Q Okay. I don't know if I asked you, but when did you first start with Food City?**

A 1988.

**Q Okay. What was your starting position?**

A Courtesy clerk, a bagger.

**Q And you worked all the way up?**

A A good number of years, yes.

**Q When did you -- do you remember when you stepped into an HR role with Food City?**

A I do not remember exactly. I would have to check.

**Q Okay. That's fine.**

A Maybe seven years ago, something like that, eight years ago.

**Q Okay. Would that have been the division HR specialist position?**

A Yes. I think it was 2015-ish, somewhere around there.

**Q Okay. As of August 2021, who was responsible for making sure that Food City complied with federal laws and regulations?**

A That would be Donnie Meadows.

**Q Okay. Is that a duty that he retained as the VP or is that a duty that passed to you as the director of HR?**

A He was the vice president of human resources, so that would be his responsibility.

**Q Did you have any role in that?**

A Any role in...

**Q In ensuring Food City's compliance with federal laws and regulations.**

A I would -- for anything that was presented to me, absolutely.

**Q Okay. Does Food City provide any training on compliance with the ADA?**

A We do.

**Q Okay. Are you familiar with that**

**training?**

A We have a training class that the specialists train all of our managers on when they assume a manager role. When I say managers, that's store managers.

**Q Is that an in-person class?**

A It is.

**Q Okay. So that's a class that one of the three division HR specialists teaches to store managers?**

A Recently-promoted store managers or assistant managers and oftentimes even department managers.

**Q Okay. Is that just a training that occurs at the transition point into that management position?**

A Typically, yes.

**Q So it's like, for lack of a better term, onboarding for that position?**

A Typically, yes.

**Q Okay. Do you know what's in that training, specifically the ADA compliance training?**

A Not specifically word for word what's in that training, no.

**Q Sure. Have you gone through that**

**specific training?**

A I have.

**Q Do you remember when the last time was that you went through that specific training?**

A Many, many, many years ago.

**Q So it's a one-time thing; is that what you're saying?**

A That's correct.

**Q It's not a -- it's not like an annual thing that managers have to re-up?**

A It is not.

**Q And does that training course cover disability accommodations?**

A To the best of my recollection, yes.

**Q Okay. Does that training course cover the interactive exchange?**

A To my knowledge, yes. Again, this is based on memory.

**Q Sure. Is there anything else you remember about that specific training course?**

A Different rules, regulations, policies, procedures, laws. I mean, ADA Title VII. I mean, the whole gamut of information.

**Q Do you know where division HR specialists get the materials for that training?**

A They have a -- I guess a library of training materials.

**Q Is that a physical library?**

A To some degree, yes. There is a manual that they use. Like I said, I can't say that I know everything that's inside of that manual, but --

**Q Sure.**

A -- that's the guide that they use to conduct those classes.

**Q What I'm trying to figure out is if we need to find that manual or if we need to find those materials, I'm trying to figure out where we should start to look. Like, who would be the person to ask about those?**

A I mean, I could definitely obtain a copy of those materials, I guess, if that's what you're asking.

**Q Okay.**

A But, again, most of the training comes from their experience of being an HR specialist. So when they conduct a classroom training, they are -- they have a guide that they utilize, but then there is also -- like I said, it's a classroom, so it's a lecture-type presentation.

**Q Okay.**

A It's not necessarily a book with a test or anything like that.

**Q Okay. And is that -- is that a group setting or do the division HR specialists do that training one-on-one?**

A It's typically a group setting like a classroom style.

**Q Okay. As a division HR specialist, would you expect that David Ellison would have conducted that course at some point?**

A Yes.

**Q Okay. Does Food City, to your knowledge, have any policies or procedures on disability accommodation?**

A Our policy is not to discriminate against anyone, that if someone has a disability and they need help with performing their job, that it's our responsibility to conduct interactive process to see if there is something that we can provide to help make it work.

**Q Okay. Do you know if that's part of the written policy to try to work to find an accommodation that works?**

A I'm not aware of a written policy.

**Q Okay. Do you know if Food City has any policies or procedures on employee use of service animals?**

A To my knowledge, I'm not aware of one.

**Q And does Food City have any training, to your knowledge, on the ADA and specifically the use of service animals?**

A Not that -- not that I'm aware of.

**Q As the -- as the director of HR, would you have access to or be able to familiarize yourself with individual associates' training files?**

A Restate the question.

**Q Sure.**

A Or just repeat the question.

**Q Sure. My question is, as the director of HR, would you have access to individual associate training files?**

A Indirect access, but certainly not direct access.

**Q It's not something that you would be reviewing in the normal course of your job?**

A No.

**Q So you wouldn't be familiar necessarily with Mr. Matthew Batten's training file?**

A No, I would not.

**Q Okay. Do you have any direct knowledge of Mr. David Ellison being trained on ADA compliance?**

A I would assume David attended the training class. Keep in mind, we teach numerous training classes. We have 18,000 associates. So it's really hard to remember exactly who went through what training class.

**Q Sure.**

A I mean, I've taught many training classes --

**Q Sure.**

A -- but I can't tell you who all attended my training classes.

**Q Sure. That's fair enough. Mr. Ellison being one of the -- one of the division HR specialists, I think you said that you would expect him to have taught this ADA course; is that right?**

A Taught the leadership training course. It's not necessarily an ADA-specific course. It's generalized material for HR.

**Q Does that course include ADA compliance?**

A To my -- to my knowledge, there is a

section on ADA accommodations and items like that, yes.

**Q So you would expect that Mr. Ellison at some point has taught that course?**

A Absolutely.

**Q I guess my question is, who taught the teachers? How did the division HR specialists -- how were they trained on those topics?**

A They would have attended another training class held by a division HR specialist.

**Q So would that have been part of their onboarding into the division HR specialist?**

A That's correct.

**Q Okay. That makes sense. So you would expect that Mr. Ellison would have had that training?**

A Correct.

**Q Do you know -- I'll ask it a couple different ways. Offhand, do you know if Mr. Gary Richards has had that specific training?**

A I have -- I do not know.

**Q And now more generally, Mr. Richards being a store manager, would you expect that he would have had that training?**

A I would expect, yes.

**Q Does Food City have any incentives for**

**hiring employees who have disabilities?**

A Incentives? Not that I'm aware of.

**Q Are there any tax benefits that the company claims through that?**

A Not that I'm aware of. But we work with many organizations throughout the company, but not that -- I'm not aware of any tax benefits.

**Q Are you familiar with Food City's policy on personal leaves of absence?**

A I'm familiar with personal leaves of absences, yes.

**Q To your understanding, is that a provision in Food City's handbook that allows employees to request up to two 90-day slots of time for personal reasons?**

A Yes.

**Q That's not a -- that's not an FMLA-type leave, is it?**

A It is not.

**Q So it's not -- it's not job protection?**

A It is not.

**Q But it's something that an employee can request?**

A That's correct.

**Q In your experience, is that something that the company can force an employee to take?**

A To force? I don't know about forcing one, but I know of folks that have been placed on a personal LOA.

**Q And why is that?**

A Either something -- some part of their employment has not been resolved in hopes of resolving it. Instead of inactivating their status, leaving them active as on a leave, as opposed to terminating their employment with deactivating them.

**Q Okay. Is it Food City's policy to provide a healthy and wholesome atmosphere?**

A I would say yes.

**Q Would you say it's Food City's policy to recognize the rights of each individual?**

A Yes.

**Q Would that include their associates?**

A I would say yes.

**Q Would you say that it's important for businesses to treat disabled employees fairly?**

A Yes.

**Q Was it Food City's policy to treat disabled employees fairly?**

A I would say yes. We want to treat

everyone as fair and consistent as we possibly can.

**Q Sure. To your knowledge, is it Food City's policy to provide a reasonable accommodation to disabled employees when it doesn't cause any undue burden on the company?**

A Absolutely.

**Q Do you recall if you ever met Mr. Matthew Batten?**

A Many times.

**Q Okay. Do you remember when you first met him?**

A Sometime after 2015. I don't know exactly because that's when I came -- I was in the Chattanooga division for a while. He was -- I think he worked at the Ooltewah store.

**Q Do you remember anything about your first meeting?**

A I think the first time he was in an office with the HRC. It was more of a hello, welcome aboard. I think it was like an introduction type of a meeting.

**Q Okay. At any point did you get to have any more extensive conversations with him?**

A Not really. Just in passing, whether he was going out to the fuel center or returning from

fuel center, if I happened to be in the lobby or at the front side of the store or even purchasing fuel. I mean, he was in the kiosk. So if you're there and you're buying fuel, you certainly speak, try to speak.

**Q Yeah. It was probably obvious to you from when you met him that he had some physical limitations; is that fair?**

A I don't remember exactly. It seems like, again, maybe a limp or something. Again, it's been a long time.

**Q Sure. Do you recall that he -- he is missing his right arm?**

A I honestly don't recall, but, I mean, that's not something I really -- is going to stand out to me. I mean, obviously, if someone is missing a limb -- but he was more of just an associate, someone that I would speak to as I walked by and just happy to have him as part of our family.

**Q Okay.**

A I try not to judge folks.

**Q Sure. Did you and he ever have a conversation about his wreck?**

A We did not.

**Q Okay. Did you ever learn from anyone**

**else about the circumstances of Mr. Batten's injuries?**

A Only from I guess the -- I guess it wasn't an EEOC charge, but I guess in speaking with, I guess, Mr. Ellison.

**Q Okay. Did you have the opportunity to evaluate Mr. Batten's performance as an employee?**

A Just from interactions of being a customer and being there in that store. From what I could tell, he did a great job.

**Q Okay. Did you ever have any reason to think that he wasn't a good employee?**

A No, not at all.

**Q To your knowledge, was he ever written up?**

A To my knowledge, no.

**Q I know you said that you noticed he had a limp. Did you ever notice any other issues that he had?**

A I really did not. From the best of my memory, that's really all I can remember.

**Q Sure. When did you first learn that Mr. Batten had requested an accommodation in the form of a service dog?**

A I don't -- I really don't remember.

Like I said, I really wasn't involved in any of that. I'm sure David maybe mentioned it, but I really -- I really don't remember when.

**Q Okay.**

A Because like I said, at that time, I was really -- my responsibilities were more to learn than anything.

**Q Okay. So you think maybe you had some discussions with Mr. Meadows about that -- sorry -- Mr. Ellison about that?**

A Typically at that time, like I said, anything that would have been brought to me, I would have taken to Donnie.

**Q Okay. So if this -- if this came to you, you would expect that you would have taken that to Mr. Meadows to discuss?**

A At that time, yes.

**Q Okay. And this would have been around July/August of 2021?**

A Yes.

**Q Do you recall having any part in the decision-making with regard to denying Mr. Batten's request for the use of a service dog?**

A I did not have any part in that.

**Q And by any part, I mean, either direct**

**involvement in making the decision or you were privy to communications involving it.**

A I was not privy to communications.

**Q So you would -- would you say you had no role whatsoever in the decision to deny his use of his service dog?**

A I had no role whatsoever in that decision.

**Q To your knowledge, was that all Donnie Meadows' decision?**

A I would assume, but -- because at that time he was the vice president. So I would assume it would be his decision.

**Q Do you have any knowledge of what, if anything, Mr. Meadows reviewed in making that decision?**

A I do not.

**Q Okay. Did you review any witness statements related to Mr. Batten's request for the use of his service dog?**

A I was the one that prepared the EEOC response, because at that time Mr. Meadows had already retired. So in preparation of that response, I, of course, collected witness statements.

**Q Was that the first time that you had**

**reviewed those witness statements?**

A Yes.

**Q Okay. Do you remember any of your conversations with Mr. Meadows about Mr. Batten's request for the use of his service animal?**

A I do not.

MR. HARGRAVES: Let's mark this Exhibit 1. She'll put a sticker on that for us.

(Whereupon, the document, as referred to above, was marked and subsequently attached hereto as Exhibit No. 1.)

BY MR. HARGRAVES:

**Q All right. Looking at what's marked Exhibit 1, the Bates numbers 001078 through 1079, do you recognize this document? And take your time and look at both pages.**

A I don't necessarily recognize the document, but it appears to be an email.

**Q This is an email chain beginning July 23rd, 2021, ending July 26, 2021. It looks like you're included. It looks like you're cc'd on the last few emails in this chain. Does that appear correct?**

A Yes.

**Q Do you have any recollection of**

**receiving this email chain?**

A I do not.

**Q Okay.**

A It's my email address, so I'm sure I did, but I get a lot of emails.

**Q This was -- the subject is regarding Christopher Batten. Do you know who that is?**

A Yes.

**Q Is that Matthew Batten?**

A Yes.

**Q This is at least the last -- the email from David Ellison on July 26, 2021, states, "Please advise on associate requesting to bring service dog to work at Gas 'N Go at 214." That's to Donnie Meadows and you; is that right?**

A Yes.

**Q Did Mr. Meadows handle that -- handle this issue or did he bring you in on this at all?**

A To the best of my knowledge, Mr. Meadows handled all this. I don't remember. I mean, if we spoke about it, I honestly can't remember.

**Q Do you think you were included here as more of a courtesy since you were in that transition?**

A As a cc, more than likely, yes. Like

I said, I wasn't necessarily working with Donnie hand in hand.

MR. HARGRAVES: Let's make that Exhibit 2.

(Whereupon, the document, as referred to above, was marked and subsequently attached hereto as Exhibit No. 2.)

BY MR. HARGRAVES:

**Q All right. Looking at Exhibit 2, Bates number 001084 through 1085, do you recognize this document?**

A I do.

**Q Is this an email chain between you, Rickie Estep, and David Ellison?**

A Yes.

**Q Does this appear to be a fair and accurate copy of that email chain?**

A It does.

**Q And that does include an email from -- at the beginning from Gary Richards as well; is that right?**

A Yes.

**Q Okay. The second email from the top on the first page is from David Ellison, and it says, "Sherrell, where do we stand with this associate? He**

**never turned in paperwork. Donnie had stated we would assume him to be on a personal LOA should he fail to do so." And it looks like you responded, "Please call me;" is that right?**

A Yes.

**Q What is this -- what is this about?**

A At -- I guess he was on a personal leave of absence. And typically we can -- we have two personal leaves at 90 days each for a total of 180 days. But after 180 days, then we have to decide whether that person remains on active payroll. And typically if you have exhausted your leaves, then you move from active status to an inactive status.

**Q Is that the same thing as termination?**

A You're terminated in the system, yes.

**Q In response to the email from Mr. Ellison, you instructed Mr. Estep to call you; is that right?**

MR. JACKSON: It's Ms. Estep.

MR. HARGRAVES: Ms. Estep. My apologies.

MR. JACKSON: Rickie is confusing.

THE WITNESS: She is the office manager.

//

BY MR. HARGRAVES:

**Q Did Ms. Estep call you?**

A I'm assuming she did. Again, I'm sure I asked her to give me the rundown as to what -- you know, all of this information and as to decide whether he remained active or inactive.

**Q Do you remember anything about that conversation?**

A Other than making a decision to remove him from active status.

**Q Do you think you made that decision around September 8, 2021?**

A I'm assuming, but quite honestly, I'm not sure about the exact date.

**Q Were you aware that Mr. Batten had not requested a personal leave of absence?**

A Yes.

**Q Were you aware that he had asked to simply be allowed to work with his service dog?**

A No. This was -- this was simply around his ending his -- removing his status from active to inactive. I didn't dig into the details as to anything else other than Rickie, her -- her responsibility is leaves. So I would have asked her why he was on leave, how he got on leave, and was his

leave up. And if it was, should it be termed in the system or not.

**Q Do you remember if you learned at that time why Mr. Batten was on leave?**

A From the best of my memory, Rickie said that Donnie had asked her to place him on a personal leave of status because at that time no -- nothing had been resolved. And so she placed him on personal leave of status and then -- for I believe 180 days.

**Q And when you say nothing had been resolved, are you referring to the fact that he wanted to use the service dog and that had been denied?**

A Nothing had been resolved because there had been no further communications with him from the time he was placed on leave.

**Q Did you understand that his request for the use of his service animal had been denied?**

A At that time, I was aware that it was denied, yes.

**Q So if he wanted to return to work, he couldn't do that with the service animal?**

A His leave was already up. So the question to me was whether he could be termed in the

system and removed from active status. My response to Rickie was yes.

Q **To your understanding, could he have come back at that point with his service animal?**

A I'm not sure, because I didn't have -- I didn't review that because there was no contact made with him after, I guess, August the 23rd.

Q **Okay. At that time were you aware that his request for the use of his service animal had been denied?**

MR. JACKSON: At what time? I'm sorry.

BY MR. HARGRAVES:

Q **As of the date on that email, September 8, 2021.**

A What --

Q **As of the date on this email, September 8, 2021, were you aware that Mr. Batten's request for the use of his service dog had been denied?**

A I don't know on 8/23 of 2021.

Q **September 8 of 2021.**

A On September of 2021?

Q **Yes.**

A I would say September, yes.

**Q Okay. To your knowledge, had that decision changed?**

A To my knowledge, no.

**Q Okay. So as of -- as of the date that you were speaking with Ms. Estep, you were aware that Mr. Batten could not return with his service animal?**

A I was aware of the decision that had been made.

**Q And he -- and had been communicated to Mr. Batten that he could not return with his service animal?**

A At that time, yes.

**Q Do you know now when the decision was made to deny Mr. Batten's request for the use of his service dog?**

A Do I know when? I do not know when.

**Q Sitting here today, can you think of any reason why it would have been an undue burden on Food City to allow Mr. Batten to work as a fuel clerk with his service dog?**

A From my -- from reading the documents, there was options that were offered to Mr. Batten that would have been considered a reasonable accommodation including self-checkout operator inside the store, even potentially with a cane, with a

stool, but I don't think that was ever reached because it -- from me reading the documents, there was kind of a line drawn in the sand as to if I don't have this, I'm not going to work. If I don't have a service dog, I'm not going to work. So I think once that line was drawn in the sand, there was no further communication. He refused to work.

**Q Okay. Mr. Batten indicated that he was not able to work without his service animal; is that correct?**

A Not the way I understand it. From the way I understand -- from my interactions with David and writing the EEOC response, it was if I don't have the dog, I'm not going to work.

**Q Did you understand that the dog helped Mr. Batten with stability issues?**

A From the EEOC response, that Mr. Batten said that he had a need for an accommodation for stability, which could have been provided in many ways including a cart, a cane. There is many ways to accommodate that, but it never got to that point.

**Q In response to Mr. Batten's request for the use of his service animal, did Food City offer Mr. Batten a cart?**

A Again, I think the line was drawn in the sand with Mr. Batten saying if I do not have the dog, I'm not going to work, from the way I understood Mr. Ellison's --

**Q I appreciate that, but I need to know if Food City ever offered Mr. Batten the use of a cart.**

A To my knowledge, no.

**Q Did Food City ever offer Mr. Batten the use of a cane?**

A To my knowledge, no.

**Q Now, you did mention the USCAN attendant position. That's the self-checkout attendant?**

A Uh-huh.

**Q So that is something that Food City offered to Mr. Batten; is that right?**

A To my knowledge, yes.

**Q Now, you did mention -- you mentioned a stool or a chair; is that right?**

A Yes.

**Q Food City never offered Mr. Batten the use of a stool in the USCAN position, did it?**

A I don't think they had the opportunity to.

**Q Did Mr. Batten prevent them from offering that to him?**

A I wasn't at all those meetings during the exchange, but from the way I understand David's statement, no, we didn't have the opportunity to.

**Q What do you mean he didn't have an opportunity to?**

A From the -- from my recollection of the statement from David was that when he -- when he had his discussion with Mr. Batten, that Mr. Batten said that he was not going to work without the dog.

**Q Okay.**

A And that kind of ended the exchange.

**Q Do you know if it was ever Food City's intent to offer Mr. Batten the use of a stool in the USCAN position?**

A I would hope so. Our intent is always to try to provide an accommodation for someone to help them perform their job if it's reasonable.

**Q And I'm not trying to be picky, and I understand what you're saying. But I got to know if it, in fact, was Food City's -- to your knowledge, if it was, in fact, Food City's intent to offer Mr. Batten the use of a stool in the USCAN attendant position.**

A I was not part of that decision, so I can't speak to that.

**Q You're not aware of it ever being Food City's intent to do that?**

A I'm not aware.

**Q And that's fair. Did you understand, at least from your review of the records, that Mr. Batten asserted that his service dog helped in part with his stability issues?**

A Will you repeat the question?

**Q Sure. Did you understand, at least from your review of the records, that Mr. Batten's position was that the service dog in part helped with his stability issues?**

A I read that in some of the information that was presented to me, yes.

**Q The USCAN attendant position is, generally speaking, a standing position; is that fair?**

A Generally speaking, yes. There are many -- there are folks inside the company, even folks in a wheelchair, that operate the USCAN. We have one in Sevierville.

**Q That's the attendant who kind of hangs out near the self-checkout to help anybody that needs**

**help?**

A Yes.

**Q So when Mr. Batten said that he couldn't do that job without his dog, don't you think it would have been reasonable at that point to offer him the use of a stool or other assistive device?**

MR. JACKSON: Objection. Go ahead and answer.

A I wasn't there during the conversation. If someone draws a line in the sand and says I'm not going to work without my dog, it kind of -- it kind of stops the conversation.

BY MR. HARGRAVES:

**Q So is it your position that at that point Food City could not have offered him anything else?**

A No. I think that further discussion should have been had, but I don't think that opportunity happened either. I think the exchange should have continued, but I don't think Mr. Batten wanted to continue the exchange.

**Q Do you think it was clear that Mr. Batten wanted some allowance for his stability issues?**

A I think he wanted his dog.

**Q You would agree that the USCAN attendant position, generally speaking, is -- it's more standing and walking than the fuel clerk position?**

A In most cases, yes, depending upon the accommodation.

**Q Sure. The fuel clerk position, generally speaking, that person is sitting in the kiosk in the center of the gas station?**

A Not always. They are supposed to go out and clean the pumps and maintain the pumps and empty the trash and straighten the drinks. There is some responsibilities other than just inside the fuel center.

**Q Sure. That person has sitting duties and standing duties; is that fair?**

A That's correct.

**Q So they have the opportunity to sit and stand during their shift?**

A Yes.

**Q You would agree that's somewhat different, generally speaking, from the USCAN attendant position?**

A Generally, if there is not an accommodation.

MR. HARGRAVES: Okay. Let's go ahead and take a break.

THE VIDEOGRAPHER: The time is 1:45, and we are off the record.

(Whereupon, a short break was had.)

THE VIDEOGRAPHER: The time is 1:48, and we are back on the record.

BY MR. HARGRAVES:

**Q Mr. Lyon, outside of communications with Food City's attorneys, are there any communications that you had with anyone regarding Mr. Batten's request for the use of a service dog that we haven't already talked about?**

A To my memory, no.

**Q Has everything you have said here today been true?**

A Yes.

**Q Have you -- were any of my questions confusing to the point that you didn't understand them?**

A I don't think so, no.

MR. HARGRAVES: All right. Well, that's all I have for now, but Mr. Jackson may have some questions.

MR. JACKSON: No.

THE VIDEOGRAPHER: This concludes this deposition. One media file was used. The time is 1:49, and we are off the record.

FURTHER THE DEPONENT SAITH NOT.

(Signature waived.)

REPORTER'S CERTIFICATE

STATE OF TENNESSEE :
COUNTY OF HAMILTON :

I, Whitney A. Vaughn, Court Reporter and Notary Public, do hereby certify that the foregoing deposition was stenographically recorded by me as stated in the caption. SHERRELL LYON, JR., was duly sworn by me; that pages 1 to 48, inclusive, were reduced to typewriting under my direction and supervision, and the deposition is a true and correct record, to the best of my ability, of the testimony/evidence given by the deponent.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel, nor am I financially interested in the action. All rates charged are usual and customary.

This is the 23rd day of January, 2023.

Whitney Vaughn

Whitney Vaughn, TN LCR #418
Court Reporter and Notary Public
My Commission Expires 07/30/25

# EXHIBIT 4 – PART II

# EXHIBITS TO

# DEPOSITION OF LYON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Plaintiff,** | ) | **4:22-cv-00179** |
| | ) | |
| v. | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a** | ) | EXHIBIT |
| **FOOD CITY,** | ) | 1 |
| | ) | S. LYON |
| **Defendant.** | ) | PENGAD 800-631-6989 |

# 2nd AMENDED NOTICE TO TAKE DEPOSITION OF K-VA-T FOOD STORES, INC., d/b/a FOOD CITY

**TO: K-VA-T FOOD STORES, INC., d/b/a FOOD CITY**
**c/o HOWARD B. JACKSON**
**WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC**
**P.O. BOX 2231**
**KNOXVILLE, TN 37901**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, notice is hereby given that the discovery deposition of **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY** shall take place on Friday, March 3, 2023, at 1:30 p.m. EST via Zoom. Said deposition shall be taken for all purposes allowed by the Federal Rules of Civil Procedure and shall be taken by oral examination before a notary public or other officer authorized by law and will be recorded via stenographic means and will continue from day to day until completed. We will secure a notary public to attend

this deposition. If the above date is unsatisfactory, please immediately contact counsel for Plaintiff, and we will make every effort to schedule the deposition at a mutually agreeable date and time for all parties, to the extent possible given the deadlines in this case.

DESIGNATED MATTERS

Pursuant to the Federal Rules of Civil Procedure, **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY** is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. The designated persons must then testify to matters known or reasonably available to the organization. Examination is requested on the following matters:

1. The existence of the documents requested in Plaintiff's First Requests for Production of Documents to Defendant.
2. The existence of the documents requested in Plaintiff's Second Requests for Production of Documents to Defendant.
3. The accuracy and completeness of Defendant's answers to Plaintiff's First Set of Interrogatories to Defendant.
4. The location and source of any of the documents requested in Plaintiff's First Requests for Production of Documents to Defendant. This item is intended to include the identity of any individual(s) in possession of such documents; any

electronic source from which such documents could be obtained, or any other filing system used by the organization, or another organization, from which such documents could be obtained.

5. The location and source of any of the documents requested in Plaintiff's Second Requests for Production of Documents to Defendant. This item is intended to include the identity of any individual(s) in possession of such documents; any electronic source from which such documents could be obtained, or any other filing system used by the organization, or another organization, from which such documents could be obtained.
6. The identification of the particular documents that are responsive to each individual request contained in Plaintiff's First Requests for Production of Documents.
7. The identification of the particular documents that are responsive to each individual request contained in Plaintiff's Second Requests for Production of Documents.
8. The organization, storage, indexing, and/or filing of the documents requested in Plaintiff's First Requests for Production of Documents.
9. The organization, storage, indexing, and/or filing of the documents requested in Plaintiff's Second Requests for Production of Documents.

10. Any document retention/destruction policy or procedures that relate in any way to the documents requested in Plaintiff's First Requests for Production of Documents to Defendant.
11. Any document retention/destruction policy or procedures that relate in any way to the documents requested in Plaintiff's Second Requests for Production of Documents to Defendant.
12. The methods of search for the documents requested by Plaintiff's First Requests for Production of Documents to Defendant.
13. The methods of search for the documents requested by Plaintiff's Second Requests for Production of Documents to Defendant.
14. The completeness of the documents produced in response to Plaintiff's First Requests for Production of Documents to Defendant.
15. The completeness of the documents produced in response to Plaintiff's Second Requests for Production of Documents to Defendant.
16. The authenticity of the documents produced in response to Plaintiff's First Requests for Production of Documents to Defendant.
17. The authenticity of the documents produced in response to Plaintiff's Second Requests for Production of Documents to Defendant.

18. Identification of the person(s) involved in the search of the documents requested in Plaintiff's First Requests for Production of Documents to Defendant.
19. Identification of the person(s) involved in the search of the documents requested in Plaintiff's Second Requests for Production of Documents to Defendant.
20. If the documents listed below reflect policies or procedures adopted by Defendant for a particular period of time, the examination is requested regarding the policy or procedure and the period of time during which the policy or procedure was in effect.
21. The policies and procedures of Defendant regarding hiring, promotion, discipline, and termination of employees, including supervisory and management personnel.
22. The policies and procedures of Defendant concerning the qualifications, training and supervision of employees, including supervisory and managerial personnel.
23. The policies and procedures of Defendant regarding performance evaluations of employees, including supervisory and managerial personnel.
24. Defendant's attendance policies and procedures.

25. Defendant's policies and procedures regarding ADA accommodation requests.
26. Defendant's policies and procedures regarding personal leaves of absence.
27. Defendant's policies and procedures regarding disabled employees.
28. The substance of any report made to Defendant in the past 5 years of harassment, discrimination, or retaliation concerning the filing of a request for ADA accommodations.
29. The amount of Defendant's annual revenue from 2015 to present.
30. The total number of employee disability accommodation requests for the 5 years preceding August 1, 2021, and the number of those that were denied.
31. Any actions by Defendant to comply with the Americans with Disabilities Act.
32. The existence of any tax or other benefits to Defendant from the employment of persons with disabilities.
33. The date when Defendant first became aware of Defendant's plan to obtain a service dog.
34. The job titles and complete work duties of Plaintiff during his employment with Defendant.
35. The substance and timing of all communications with Plaintiff regarding his job title and duties.

36. The substance and timing of all communications between Defendant and Plaintiff regarding Plaintiff's disability.

37. The substance and timing of all communications between Defendant and Plaintiff regarding Plaintiff's job performance or the reasons for Plaintiff's termination.

38. The substance and timing of all communications between Defendant and Plaintiff regarding Plaintiff's need for accommodations.

39. The substance and timing of all internal communications regarding Plaintiff's disability or request for accommodations.

40. The number of employees employed by Defendant per year between 2015 to present.

41. All Defendant's reasons for Defendant's decision to deny Plaintiff's request for the use of his service dog.

42. Any and all documents upon which Defendant's decision to deny Plaintiff's request for the use of his service dog was based, whether in whole or in part.

43. Any and all witness accounts (whether verbal or written) upon which Defendant's decision to deny Plaintiff's request for the use of his service dog was based, whether in whole or in part.

44. Any other evidence, of any kind, upon which Defendant's decision to deny Plaintiff's request for the use of his service dog was based, whether in whole or in part.

45. The current job status of any employees who have requested ADA accommodations from 2015 to present.

46. All facts which support or relate to any of Defendant's affirmative defenses listed in Defendant's Answer.

47. Any and all communications constituting or relating to discussions about whether to provide Matthew Batten with a stool, chair, cane, or any other assistive device of any kind to be used by Mr. Batten in the USCAN Attendant position.

48. The substance of any training used by Food City related to employee disability accommodation requests under the ADA and which Food City employee positions receive said training.

49. The substance of the "Megastar" training used by Food City related to labor law compliance and which Food City employee positions receive said training.

50. The substance of the "ADA Guidelines Service Animals" training used by Food City and which Food City employee positions receive said training.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.** |
| | ) | **4:22-CV-00179** |
| **v.** | ) | |
| | ) | **JURY DEMANDED** |
| **K-VA-T FOOD STORES, INC.,** | ) | |
| **d/b/a FOOD CITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**CERTIFICATE OF SERVICE**

---

I certify that this 28th day of February 2023, I electronically filed 2nd AMENDED NOTICE OF DEPOSITION OF K-VA-T FOOD STORES, INC., d/b/a FOOD CITY with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves

51. The substance and timing of all internal communications regarding the decision to offer Plaintiff an accommodation in the form of the USCAN Attendant position.

52. All of Defendant's reasons for offering Plaintiff the USCAN Attendant position.

53. Whether another employee or new hire was selected to fill Mr. Batten's position as the Fuel Clerk after Mr. Batten was terminated and whether said employee or new hire has disclosed a disability to Food City.

This 28th day of February 2023.

Respectfully submitted,

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves, GA No. 793839
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Ph: 423.697.4529
F: 423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*

# EQUAL EMPLOYMENT OPPORTUNITY

It is Food City's policy to grant equal employment opportunities to all qualified persons without regard to race, color, sex, religion, age, national origin, disability or veteran's status. To deny a qualified person the chance to contribute to our effort because you are a member of a minority group is an injustice not only to the individual but to our company and nation as well. It is the intent and desire of our company to provide equal opportunities in employment, promotion, wages, benefits, and all other privileges, terms and conditions of employment. Our only concern is that a person be qualified to perform the job. This policy has the support of the highest levels of our management team.

**PROTECTED CLASSES**

- Americans with Disabilities Act (ADA): The ADA makes it unlawful to make inquiries as to whether an applicant is an individual with a disability or as to the nature or severity of such disability.
- Age: Federal law prohibits employment discrimination against people 40 years and older. A person's age should not be asked nor should inquiries be made as to the dates of high school or college graduation, unless it is a bona fide requirement of the job that is stated in the job description.
- Birthplace: This may be construed as national origin discrimination.
- Citizenship: The interviewer may inquire whether the candidate is eligible to work legally in the United States. However, if this question is asked, it must be asked of all candidates interviewed.
- Marital status and family status: For example, questions concerning the number of children a candidate has, childcare arrangements, or whether the candidate intends to have children.
- Arrest record: A conviction does not automatically disqualify an applicant from consideration of employment.
- Religious or political affiliations
- National origin: Lineage, ancestry, descent, mother tongue, including national origin of parents.
- Sex/Gender & Sexual Orientation
- Veteran Status

EXHIBIT 2 SLyon

## AMERICANS WITH DISABILITIES ACT

**The Americans with Disabilities Act (ADA) of 1990 states that a qualified person with a disability is one who can perform the essential duties of the job with or without reasonable accommodations, has the required skills and experience for the job, and meets other job-related requirements.**

## AREAS YOU *MAY NOT* ASK ABOUT:

- The existence, nature, extent, origin or prognosis of disability
- Present health condition
- Past attendance record with former employer
- Physical characteristics such as burns, scars or missing limbs
- Current or past use of prescription drugs
- If the person has had an alcohol or drug problem
- Past or present workers' compensation history
- Past medical history
- Whether or not the applicant will need to leave for treatment
- If family members have a history of illness
- If the applicant has a medical condition or disability

## QUESTIONS YOU MAY ASK:

- Do you have any reason to believe you would have difficulty performing any of the essential job duties?
- Do you have any reason to believe you would have difficulty meeting company work schedule?
- Would you please explain how you would perform this essential job duty? (When observable disability raises doubts)
- Whether the applicant will have any trouble meeting the attendance requirements.

**ADA (Americans with Disabilities Act)**

The Americans with Disabilities Act of 1990 prohibits employers from discriminating against qualified individuals with *disabilities* in job application procedures, hiring, firing, advancement, compensation, job training, and other terms, conditions, and privileges of employment.

Under the ADA, an individual with a disability is a person:

- o Has a physical or mental impairment that substantially limits one or more "*major life activities*." Major life activities include:
  - Self-Care
  - Performing manual tasks
  - Walking
  - Seeing
  - Hearing
  - Speaking
  - Breathing
  - Learning
  - Working
- o Has a record of such an impairment; or
- o Is regarded as having such an impairment

A qualified employee or applicant with a disability is an individual who, with or without *reasonable accommodation*, can perform the essential functions of the job in question.

A reasonable accommodation is the requirement that employers take steps that are not an *undue hardship* to make employment possible for persons with disabilities.

An undue hardship is an action requiring significant difficulty or expense when considered in the light of factors such as employer's size, financial resources, and the nature and structure of the employer's operation.

A Reasonable Accommodation may include:

- o Making existing facilities readily accessible to individuals with disabilities
- o Restructuring of a job, a work schedule, or a reassignment of a disabled employee to a vacant position
- o Acquiring or modifying equipment or devices
- o Adjusting or modifying examinations, training materials, or policies
- o Providing qualified interpreters or readers

When there are more than one reasonable accommodations for an associate, it is ultimately the decision of the employer, not the associate as to which accommodation to make.

12/08/22
15:39

VTA Report
Page 1

# VTA Training Detail Report

For Single Student

All Dates

EXHIBIT 3 Slyon
PENGAD 800-631-6989

Course Code | Title

## Batten, Christopher

### Training History

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF102 | Bloodborne Pathogens (5 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Bloodborne Pathogens | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Bloodborne Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULREQ100 | Class C-UndergroundStorageTank (2 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class C Training | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC102 | Credit Card Skimmers (5 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Sklmr Upda | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAFREF | Fire Extinguisher In Work Place (9 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULSAF101 | Gas'N Go Safety (10 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gas'N Go Safety | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Gas'N Go Test | Test | Self-Study | Yes | Complete | | 80.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS102 | Harassment Policy (5 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Harassment Policy | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Harassment Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF902 | Hazard Communications (12 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Hazard Communication | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Haz Com Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF111 | Healthy at Work Acknowledgement (1 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Healthy at Work Ack | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC104 | Information Security Policy (10 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Information Security | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | AcceptableUse Policy | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 3 | Payment Card Info | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 4 | Security Awareness | Document | Self-Study | Yes | Complete | | | 07/12/21 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

*Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF105 | Lockout Tagout Affected Employee (9 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | LockoutTagoutAffect | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC105 | PCI Data Security (6 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | PCI Data Security | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 90.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF109 | Preventing Slips Trips Falls Video(7min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Prevent SlipTripFall | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF008 | Safety Manual - Slip Trip and Fall Prev | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Falls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 3 | Elevated Falls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 4 | Protection FromFalls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 5 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF108 | Slips, Trips and Falls Procedures(10min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Slips Trips Falls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 3 | SlipsTripsFalls Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS109 | Update My Profile Information (1 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UpdateMyProfile Info | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC106 | Acceptable Use Policies (3 min) | 0.00 | 03/09/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Acceptable Use Polic | Document | Self-Study | Yes | Complete | | | 03/09/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC108 | Counterfeit Money Prevention (2 min) | 0.00 | 03/09/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Counterfeit Money Pr | Document | Self-Study | Yes | Complete | | | 03/09/21 |

12/08/22
15:39

VTA Report
Page 3

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

*Training History* — Credit Hours — Comp. Date

EBYCOV100 Covid-19 Guidelines 2020 (13 min) 0.00 03/09/21

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Characteristics | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 2 | Signs Symptoms | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 3 | Asymptom PreSymptom | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 4 | Deadly Consequences | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 5 | Hand Washing | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 6 | Face Covering | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 7 | Non-Contact Greeting | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 8 | Heat Related Illness | Document | Self-Study | Yes | Complete | | | 03/09/21 |

EBYEXP109 Energy Conservation Program 2021 (4 min) 0.00 03/09/21

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Energy Conservation | Document | Self-Study | Yes | Complete | | | 03/09/21 |

EBYHRS110 Scholarship Information (3 min) 0.00 02/04/21

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | KVAT Scholarships | Document | Self-Study | Yes | Complete | | | 02/04/21 |

EBYSAF111 Healthy at Work Acknowledgement (1 min) 0.00 12/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Healthy @ Work | Document | Self-Study | Yes | Complete | | | 12/30/20 |

FNDCSH129 Tobacco Sales Age ID Req 2020 (2 min) 0.00 12/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco Requirements | Document | Self-Study | Yes | Complete | | | 12/30/20 |

SECSEC103 Active Shooter Training Video (5 min) 0.00 11/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Active Shooter Video | Document | Self-Study | Yes | Complete | | | 11/30/20 |

EBYSEC102 Credit Card Skimmers (5 min) 0.00 11/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 11/30/20 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 11/30/20 |

FNDCSH874 Gift Cards (8 min) 0.00 10/16/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gift Cards | Document | Self-Study | Yes | Complete | | | 10/16/20 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 80.00 | 10/16/20 |

12/08/22
15:39

VTA Report
Page 4

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### Training History

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH102 | Third Party Gift Cards (4 min) | 0.00 | 10/16/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Third Party GiftCard | Document | Self-Study | Yes | Complete | | | 10/16/20 |
| | 2 | Third Party Gift Crd | Test | Self-Study | Yes | Complete | | 80.00 | 10/16/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYUND211 | United Way 2020 (2 min) | 0.00 | 10/16/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | United Way 2020 | Document | Self-Study | Yes | Complete | | | 10/16/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYCOV100 | Covid-19 Guidelines 2020 (13 min) | 0.00 | 09/08/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Characteristics | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 2 | Signs Symptoms | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 3 | Asymptom PreSymptom | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 4 | Deadly Consequences | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 5 | Hand Washing | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 6 | Face Covering | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 7 | Non-Contact Greeting | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 8 | Heat Related Illness | Document | Self-Study | Yes | Complete | | | 09/08/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULPRO105 | Daytime Fuel Delivery (9 min) | 0.00 | 09/08/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Daytime Fuel Deliver | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 2 | Fuel Delivery Test | Test | Self-Study | Yes | Complete | | 90.00 | 09/08/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF111 | Healthy at Work Acknowledgement (1 min) | 0.00 | 07/07/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Healthy @ Work | Document | Self-Study | Yes | Complete | | | 07/07/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC104 | Information Security Policy (10 min) | 0.00 | 06/24/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Information Security | Document | Self-Study | Yes | Complete | | | 06/24/20 |
| | 2 | AcceptableUse Policy | Document | Self-Study | Yes | Complete | | | 06/24/20 |
| | 3 | Payment Card Info | Document | Self-Study | Yes | Complete | | | 06/24/20 |
| | 4 | Security Awareness | Document | Self-Study | Yes | Complete | | | 06/24/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF105 | Lockout Tagout Affected Employee (9 min) | 0.00 | 06/24/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | LockoutTagoutAffect | Document | Self-Study | Yes | Complete | | | 06/24/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF109 | Preventing Slips Trips Falls Video(7min) | 0.00 | 06/24/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Prevent SlipTripFall | Document | Self-Study | Yes | Complete | | | 06/24/20 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### *Training History*

| Course Code | Title | | | | | | Credit Hours | | Comp. Date |
|---|---|---|---|---|---|---|---|---|---|
| EBYSAFREF | Fire Extinguisher In Work Place (9 min) | | | | | | 0.00 | | 06/12/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/12/20 |
| EBYSEC105 | PCI Data Security (6 min) | | | | | | 0.00 | | 06/12/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | PCI Data Security | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/12/20 |
| PPMSAF008 | Safety Manual - Slip Trip and Fall Prev | | | | | | 0.00 | | 06/12/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Falls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 3 | Elevated Falls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 4 | Protection FromFalls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 5 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| EBYSAF108 | Slips, Trips and Falls Procedures(10min) | | | | | | 0.00 | | 06/12/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Slips Trips Falls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 3 | SlipsTripsFalls Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/12/20 |
| EBYSAF102 | Bloodborne Pathogens (5 min) | | | | | | 0.00 | | 06/11/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Bloodborne Pathogens | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Bloodborne Test | Test | Self-Study | Yes | Complete | | 80.00 | 06/11/20 |
| FULSAF101 | Gas'N Go Safety (10 min) | | | | | | 0.00 | | 06/11/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Gas'N Go Safety | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Gas'N Go Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/11/20 |
| EBYHRS102 | Harassment Policy (5 min) | | | | | | 0.00 | | 06/11/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Harassment Policy | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Harassment Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/11/20 |
| EBYSAF902 | Hazard Communications (12 min) | | | | | | 0.00 | | 06/11/20 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Hazard Communication | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Haz Com Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/11/20 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

***Training History*** — Credit Hours — Comp. Date

EBYHRS109 Update My Profile Information (1 min) — 0.00 — 06/11/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UpdateMyProfile Info | Document | Self-Study | Yes | Complete | | | 06/11/20 |

EBYSEC106 Acceptable Use Policies (3 min) — 0.00 — 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Acceptable Use Polic | Document | Self-Study | Yes | Complete | | | 05/06/20 |

FULREQ100 Class C-UndergroundStorageTank (2 min) — 0.00 — 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class C Training | Document | Self-Study | Yes | Complete | | | 05/06/20 |

EBYSEC102 Credit Card Skimmers (5 min) — 0.00 — 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 05/06/20 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 05/06/20 |

EBYSAF110 Proper Use of Face Masks (3 min) — 0.00 — 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Proper Face Mask | Document | Self-Study | Yes | Complete | | | 05/06/20 |

EBYFSF102 Disease Prevention (9 min) — 0.00 — 03/04/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Disease Prevention | Document | Self-Study | Yes | Complete | | | 03/04/20 |

EBYHRS110 Scholarship Information (3 min) — 0.00 — 03/04/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | KVAT Scholarships | Document | Self-Study | Yes | Complete | | | 03/04/20 |

FNDCSH129 Tobacco Sales Age ID Req 2020 (2 min) — 0.00 — 01/02/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco Requirements | Document | Self-Study | Yes | Complete | | | 01/02/20 |

SECSEC103 Active Shooter Training Video (5 min) — 0.00 — 11/11/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Active Shooter Video | Document | Self-Study | Yes | Complete | | | 11/11/19 |

EBYSEC102 Credit Card Skimmers (5 min) — 0.00 — 11/11/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 11/11/19 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 11/11/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

*Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYGEN102 | Logile Connect App (2 min) | 0.00 | 11/11/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Logile Connect App | Document | Self-Study | Yes | Complete | | | 11/11/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL100 | Company Orientation Welcome (55 Min) | 30.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Company Orientation | Document | Self-Study | Yes | Complete | | | 05/28/19 |
| | 2 | Company Orientation | Test | Self-Study | Yes | Complete | | 100.00 | 05/28/19 |
| | 4 | Customer Service | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 5 | Customer Service | Test | Self-Study | Yes | Complete | | 100.00 | 09/21/19 |
| | 6 | KARE Program | Document | Self-Study | Yes | Complete | | | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULPRO105 | Daytime Fuel Delivery (9 min) | 9.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Daytime Fuel Deliver | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Fuel Delivery Test | Test | Self-Study | Yes | Complete | | 100.00 | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF005 | Safety Manual - Accident Prevention | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Accident Invest Proc | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Accident Investigate | Document | Self-Study | Yes | Complete | | | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF004 | Safety Manual - First Aid | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | First Aid | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | First Aid Instruct | Document | Self-Study | Yes | Complete | | | 09/21/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

**Batten, Christopher**

*Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF007 | Safety Manual - General Policies | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Ladders | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Violence InWorkplace | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 3 | Electrical | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 4 | Slicers | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 5 | Meat Grinders | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 6 | Sharp Instruments | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 7 | Box Cutter Safety | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 8 | Stockroom | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 9 | Lifting Procedures | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 10 | Safety Rules | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 11 | Compactor Baler | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 12 | Scrubber Buffer | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 13 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 14 | Helium Balloon Gas | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 15 | Handling Dry Ice | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 16 | Safety Vests | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 17 | Office Safety | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 18 | Evacuation Plan | Document | Self-Study | Yes | Complete | | | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF009 | Safety Manual - Hazard Communications | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | General Information | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 3 | Chemical Safety | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 4 | Definitions | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 5 | SDS Information | Document | Self-Study | Yes | Complete | | | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF006 | Safety Manual - Recordkeeping | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Recordkeeping | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Self Inspect Audits | Document | Self-Study | Yes | Complete | | | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF003 | Safety Manual - Safety and Health Train | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Safety Health Train | Document | Self-Study | Yes | Complete | | | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF002 | Safety Manual - Safety Committee | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Safety Committee | Document | Self-Study | Yes | Complete | | | 09/21/19 |

12/08/22
15:39



# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### *Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYUND210 | United Way Video (2 min) | 0.00 | 09/21/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | United Way Video | Document | Self-Study | Yes | Complete | | | 09/21/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS301 | 30 Day Follow Up (1 min) | 1.00 | 08/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 30 Day Follow Up | Document | Self-Study | Yes | Complete | | | 08/29/19 |
| | 2 | 30 Day Follow Up Que | Test | Self-Study | Yes | Complete | | 100.00 | 08/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSLP101 | Code Adam (16 min) | 16.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Code Adam | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYEXP101 | Energy Conservation CostControl (10 min) | 10.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Utilities Course | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Utilities Test | Test | Self-Study | Yes | Complete | | 87.50 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF101 | Fire Extinguisher In Work Place (9 min) | 9.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Fire Extinguisher | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH874 | Gift Cards (8 min) | 8.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gift Cards | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 80.00 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| WHSALL107 | IceBreaker (8 min) | 8.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | IceBreaker Video | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC104 | Information Security Policy (10 min) | 0.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Information Security | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | AcceptableUse Policy | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 3 | Payment CardTerminal | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 4 | Security Awareness | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 5 | Payment Card Data | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF105 | Lockout Tagout Affected Employee (9 min) | 9.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | LockoutTagoutAffect | Document | Self-Study | Yes | Complete | | | 06/29/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### Training History

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS201 | My Profile Acknowledgement (1 min) | 1.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | My Profile Training | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | My Profile Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYGEN100 | Online Ordering at foodcity.com (4 min) | 4.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Online Ordering | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| SECSEC102 | Organized Retail Crime (5 min) | 5.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | OrganizedRetailCrime | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC105 | PCI Data Security (6 min) | 6.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | PCI Data Security | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PHMCUS102 | Pharm Mobile AppOnline Prescript (6 min) | 6.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Pharm Online Prescri | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF109 | Preventing Slips Trips Falls Video(7min) | 0.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Prevent SlipTripFall | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF008 | Safety Manual - Slip Trip and Fall Prev | 0.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Falls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 3 | Elevated Falls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 4 | Protection FromFalls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 5 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS110 | Scholarship Information (3 min) | 8.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | KVAT Scholarships | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSLP104 | See Something Say Something (4 min) | 4.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | See Something Say Sm | Document | Self-Study | Yes | Complete | | | 06/29/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### *Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF108 | Slips, Trips and Falls Procedures(10min) | 0.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Slips Trips Falls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 3 | SlipsTripsFalls Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL112 | Smart Choices Shelf Tags (5 min) | 5.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | SmartChoiceShelfTags | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH124 | Tax Exempt/Store Charge Cards (6 min) | 6.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | TaxExmptStoreCharge | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH127 | Tobacco Sales Age ID Require (10 min) | 10.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco Age/ID Requi | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Tobacco Age/ID Requi | Test | Self-Study | Yes | Complete | | 90.90 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH122 | Digital Coupons (4 min) | 4.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | e ValuCard Savers | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | eValuCard Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF107 | Eyewash Station Personal Protect (4 min) | 0.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Eyewash Station | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | Eyewash Station Test | Test | Self-Study | Yes | Complete | | 91.00 | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL125 | Food City Treasure Hunt (4 min) | 0.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Treasure Hunt | Document | Self-Study | Yes | Complete | | | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS102 | Harassment Policy (5 min) | 5.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Harassment Policy | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | Harassment Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYGEN101 | Instacart - Home Delivery Service(5 min) | 0.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | HomDeliveryInstacart | Document | Self-Study | Yes | Complete | | | 06/25/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

***Training History*** — Credit Hours — Comp. Date

**FNDCSH102** Third Party Gift Cards (4 min) — 4.00 — 06/25/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Third Party GiftCard | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | Third Party Gift Crd | Test | Self-Study | Yes | Complete | | 100.00 | 06/25/19 |

**EBYHRS101** 401K Course (5 min) — 5.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 401K | Document | Self-Study | Yes | Complete | | | 06/22/19 |

**EBYHRS203** ADA Guidelines Service Animals (3 min) — 3.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | ACKGT ADA Service An | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Serv Anim FAQ | Document | Self-Study | Yes | Complete | | | 06/22/19 |

**FCYHRS103** Associate Purchasing Policy (1 min) — 1.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purchasing Policy | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Understanding Acknow | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

**EBYSAF102** Bloodborne Pathogens (5 min) — 5.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Bloodborne Pathogens | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Bloodborne Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

**EBYSEC102** Credit Card Skimmers (5 min) — 0.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/22/19 |

**FCYALL105** Doughnut Fund Raising Program(2 min) — 2.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Doughnut FundRaising | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | FndRaising Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

**FNDCSH125** Electronic Cigarettes (4 min) — 4.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Electronic Cigarette | Document | Self-Study | Yes | Complete | | | 06/22/19 |

**EBYEXP108** Energy Conservation Program (8 min) — 8.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | ECO Rewards | Document | Self-Study | Yes | Complete | | | 06/22/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

**Batten, Christopher**

***Training History*** | **Credit Hours** | **Comp. Date**

EBYHRS200 Entrance Interview (4 min) — 4.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Interview | Evaluation | Self-Study | Yes | Complete | | | 06/22/19 |

EBYHRS121 FC Handbook Acknowledgement — 0.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | FC Handbook Ack | Document | Self-Study | Yes | Complete | | | 06/22/19 |

FCYALL124 Food City Website (2 min) — 0.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Food City Website | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Digital Coupons | Document | Self-Study | Yes | Complete | | | 06/22/19 |

PHMPRO106 Food City Wellness Club (2 min) — 0.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Wellness Club | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Enroll Instructions | Document | Self-Study | Yes | Complete | | | 06/22/19 |

FULSAF101 Gas'N Go Safety (10 min) — 10.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gas'N Go Safety | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Gas'N Go Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

EBYHRS114 Kronos Mobile App (1 min) — 1.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Kronos Mobile Acknow | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Kronos Download Inst | Document | Self-Study | Yes | Complete | | | 06/22/19 |

EBYHRS106 Kronos Time Clock (6 min) — 6.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Kronos Time Clock | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Kronos Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

FCYALL115 Loss Prevention Video (10 min) — 10.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Loss PreventionVideo | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Loss Prevention Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/22/19 |

FCYALL102 Orientation Evaluation (1 min) — 3.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Evaluation | Evaluation | Self-Study | Yes | Complete | | | 06/22/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

***Training History*** — Credit Hours — Comp. Date

EBYHRS112 Social Media Policy (5 min) — 5.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Social Media Policy | Document | Self-Study | Yes | Complete | | | 06/22/19 |

FCYHRS104 Time Record Keeping Acknowledge (1 min) — 1.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Time Record Keeping | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Understanding Acknow | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

EBYHRS115 Tobacco-Free Non-Smoking Policy (2 min) — 2.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco-Free Policy | Document | Self-Study | Yes | Complete | | | 06/22/19 |

EBYSLP105 Trash Disposal Acknowledgement (2 min) — 2.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Trash Disposal | Document | Self-Study | Yes | Complete | | | 06/22/19 |

EBYHRS109 Update My Profile Information (1 min) — 1.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UpdateMyProfile Info | Document | Self-Study | Yes | Complete | | | 06/22/19 |

FCYHRS100 Attendance Acknowledgement (1 min) — 1.00 — 06/18/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | AttendAcknowledgemnt | Document | Self-Study | Yes | Complete | | | 06/18/19 |

FCYALL117 Fuel Bucks Rewards (5 min) — 0.00 — 06/18/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fuel Bucks Rewards | Document | Self-Study | Yes | Complete | | | 06/18/19 |

PPMFUE003 Fuel Center Manual - General Policies — 0.00 — 06/18/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Keys to Tank | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Ordering | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Product Transfers | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | Order Guide | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Rotation Concessions | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 6 | Merchandising | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 7 | Surveys | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 8 | Drive Offs | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 9 | Robbery | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 10 | Inventories | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 11 | Cig TobaccoInventory | Document | Self-Study | Yes | Complete | | | 06/18/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### *Training History*

| Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMFUE002 | Fuel Center Manual - Job Descriptions | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fuel Coordinator JD | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Fuel Clerk JD | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Training People | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | How to Train | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Scheduling the Work | Document | Self-Study | Yes | Complete | | | 06/18/19 |

| Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMFUE004 | Fuel Center Manual - Operations | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Required Certificatn | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Sign Manual | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Responsibilities | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | Credit Debit EBT | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Terminal-Seal Inspec | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 6 | Security Access | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 7 | Opening Procedures | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 8 | Closing Procedures | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 9 | Shut Down Procedures | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 10 | Change Order | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 11 | Mandatory Safe Drops | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 12 | Customer Service | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 13 | Fuel Price Sheet | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 14 | Fuel Deliveries | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 15 | Veeder Root System | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 16 | Price Changes | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 17 | Announcements | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 18 | Service Numbers | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 19 | 24 Hour Fuel Sales | Document | Self-Study | Yes | Complete | | | 06/18/19 |

| Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMFUE005 | Fuel Center Manual - Safety - Sanitation | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Sanitation | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Cordless Blower | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Safety | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | Customer Safety | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Emergency Spill Proc | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 6 | Emergency First Aid | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 7 | Basics | Document | Self-Study | Yes | Complete | | | 06/18/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### *Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF902 | Hazard Communications (12 min) | 14.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Hazard Communication | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Haz Com Test | Test | Self-Study | Yes | Complete | | 87.50 | 06/18/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYHRS101 | Three Hour Associate Dept Tour (1 min) | 1.00 | 06/07/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 3 Hour Tour Page | Document | Self-Study | Yes | Complete | | | 06/07/19 |
| | 2 | 3 Hour Tour Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/07/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYFTT100 | About Fast Track (11 min) | 11.00 | 05/28/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | About Fast Track | Document | Self-Study | Yes | Complete | | | 05/28/19 |
| | 2 | Fast Track Test | Test | Self-Study | Yes | Complete | | 100.00 | 05/28/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL113 | Company Orientation Video (16 min) | 16.00 | 05/28/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Company Orientation | Document | Self-Study | Yes | Complete | | | 05/28/19 |
| | 2 | Orientation Vid Test | Test | Self-Study | Yes | Complete | | 100.00 | 05/28/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULREQ100 | Class C-UndergroundStorageTank (2 min) | 2.00 | 05/23/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class C Training | Document | Self-Study | Yes | Complete | | | 05/23/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULSAF102 | Gas N Go Safety Refresher Course | 10.00 | 05/23/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | GasNGoSafetyRefreshr | Document | Self-Study | Yes | Complete | | | 05/23/19 |
| | 2 | Gas N Go Test | Test | Self-Study | Yes | Complete | | 100.00 | 05/23/19 |

### *In-Progress Training*

| Course Code | Title | Class Start Date |
|---|---|---|
| FULREQ101 | Class B-UndergroundStorageTank (3 hours) | 05/01/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class B Training | Document | Self-Study | Yes | Started | | | 05/23/19 |

On July 23rd, 2021, Matthew Batten called to inform me that the camp that he attended while he was out was to train and to receive a Service Dog. Before he left for this camp Matthew Batten said that the camp was just for his disability. I spoke with him to let him know that I was not able to give him permission for this and I wasn't sure what information that I would be able to give him now and that I would need to reach out to my HR Supervisor. Later Matthew Batten came to the store with his Service dog and his paperwork. During the meeting with Matthew, his Service Dog kept jumping on Amber Grindle. I kept telling Matthew that now we haven't heard anything about what we could do with his Service dog. Matthew wanted to talk to Gary Richards about his dog and what he needed to do. After Gary talked to Matthew, we took photos of his document to send in to get approval for his Service dog. I kept telling Matthew, I did not have permission to give him about his service dog and that I was just the middleman. We reached out to Donny Rector to see what we could do about his service dog. Gary and I did not hear anything from Donny and decided to let him work until we received an answer.

Emily Hobbs

Emily Hobbs

11/29/2021

EXHIBIT
PENGAD 800-631-6989
4
Slyon

**Gary Richards**

**Sent:** Tuesday, November 30, 2021 7:56 AM

On 7/23/21 at approximately 10:00am Matt Batten ( fuel center associate ) came into the store to inform me that he had acquired a service dog and that the animal would accompany him while working. I told Matt that I had never dealt with this before and didn't know what the protocol was on allowing service animals at work. I told Matt I would seek advice from our Human Resource department and would have an answer for him before he started his shift at 2:00pm that day 07/23/21. David Ellison our HR representative was on vacation so we were instructed to reach out to HR representative Donny Rector for another region with any questions, concerns or issues in David's absents. I sent Donny an email at 10:26am 7/23/21 explaining the situation and asking to advise. Donny replied at 11:29am 07/23/21 asking if it was a service or emotional support dog, I replied back at 11:57am letting Donny know that Matt was claiming the dog was both service and emotional and when I received certification/documents for the animal I would email. Matt didn't return to the store until he started his shift and I asked that he remain with me in the office so I could email documents and get an answer. I emailed Donny at 2:17pm but never received an answer as to handle the situation ( allow or not allow to work). As I have never dealt with this situation, knowing the sensitivity of the subject of service animals and never receiving and answer from HR, I advised Matt that he could bring the animal to work with the understanding that may change based on review from the company. Matt agreed to this. I never received a response until David Ellison called me on 07/30/21 at approximately 4:00pm asking that I update him on the situation at which time I did and informed that I did allow Matt to work. David told me he would communicate with corporate and would get back with me. David contacted me on 08/02/21 to discuss the matter further and again on 08/05/21 to set up a meeting with Matt on 08/06/21 at 1:00pm. Matt worked the following days leading up to the meeting 07/23, 07/24, 07/25, 07/27, 07/30, 07/31, 08/01

Gary Richards

Gary Richards

EXHIBIT 5 SLYON

PENGAD 800-631-6989

On 8/6/21, I met with Matthew Batten at Food City 214 with Gary Richards as my witness. Matthew has recently turned in documents and a request for an accommodation for a service dog to be present with him as he works his shifts at the fuel center. During this exchange, I asked Batten if there had been a change in anything as he has worked for us for two years. He stated that nothing had changed. He stated that he had been waiting for a service dog for over 4 years. I asked him if he was able to perform all essential functions of the job, and he stated he could do so without question as he had been doing them since he began his employment with Food City. He stated that he needed the service animal to help him in his battle of anxiety, panic attacks, and feeling of isolation. He also stated that he has fallen about 5 times and the dog helps him steady on his feet. At the end of the meeting, I reiterated that I was gathering information during out exchange meeting, and I would be back in contact with him again soon.

David Ellis
8/6/21

EXHIBIT
6
3/24/23
PENGAD 800-631-6989

**Gary Richards**

On August 6th David Ellison met with Matt Batten with myself as a witness to discuss the request of a service animal . Mr. Ellison asked Matt if there was any aspect of the job that he could not perform that required the assistance of a service animal , Matt replied that he was able to perform all duties that were required without question and had been doing so since his employment with Food City without the help from a service animal. Matt stated that the purpose of the service animal was to provide companionship and help with anxiety, isolation.

Gary Richards

8/6/21

EXHIBIT
7
SL40n

PENGAD 800-631-6989



K-VA-T
000139

On 8/12/21, I met with Matthew Batten at Food City 214 with Gary Richards as my witness. I informed Batten that his request for a service animal in the work place had been reviewed and denied at this time. I stated that he had been performing the job for over two years without any accommodations. I asked him for his ideas or suggestions of any other possible accommodations that may be available for him. He stated that he did not know of anything else that could accommodate him. I suggested that we could reassign him to a USCAN Cashier position as this would help aide in his battle of isolation and anxiety of working alone at the fuel center kiosk. He stated he could not work any position that mandated that he stand for prolonged periods of time as he has Complex Regional Pain Syndrome (CRPS). He stated that the fuel center allowed him to stand when needed and sit when needed. When asked how long he thought he could stand, he was unable to give any exact time. He stated that he could only work with the service dog present at this time as he was not going to leave the dog with anyone else.

David Ellison

8/12/21

EXHIBIT
8
SLYDN
PENGAD 800-631-6989

**Gary Richards**

On 08/12/21 Matt Batten met with David Ellison for a follow meeting regarding Mr. Batten having a service animal at the workplace. Mr. Ellison informed Mr. Batten that after review the decision was made that at this point in time the request for the service animal has been denied. Mr. Ellison asked if there were any jobs within the store to better accommodate his current needs suggesting U-scan attendant as it would allow him to be around others. Mr. Batten stated that there wasn't any position in the store that he would be able to perform his duties as he wasn't able to stand for short/long periods of time that Gas N Go was the only position that was suitable as it allowed him to sit and stand as needed and that he was not leaving his dog with anyone, that where he goes she goes.

Gary Richards
8/12/21

EXHIBIT
PENGAD 800-631-6989
9
SLyon



K-VA-T
000141

On 8/18/21, I met with Matthew Batten at 214 with Bryan Wattenbarger as my witness. I explained to Matthew again that the request for his service animal to be present with him at work has still been denied at this time. I asked him again about the consideration of reassignment to a USCAN Cashier. He once again denied that accommodation stating he could not perform that duty. At this time, I explained that another accommodation I could present him is with a leave of absence. I handed him paperwork for FMLA and a personal leave of absence. I explained to him that if it was medically related that would be covered under FMLA, he would need medical certification with his paperwork. However, if he wanted to take some personal time, he could be eligible for up to 90 days of a personal leave of absence. He stated that regardless of how long of a leave of absence he may be eligible for or takes, he will only work in the future with his service animal present. He once again stated that he would not do anything without his service animal present in the future. He stated he had a vested interest in this company after working for the past two years and he was not quitting. He thanked me for the opportunity I gave him for employment two years ago. I explained to him that we would need the paperwork back to the Store Manager, Gary Richards, by the end of next week. I stated that should he fail to return paperwork to us, we would consider him to be on a personal leave of absence at that time. He stated he would personally bring it back to Gary next week.

David Ellison
8/18/21

EXHIBIT
PENGAD 800-631-6989
10
SLyon



# Graduation Certificate

## Class of July 2021

This certifies that

Mellow Joy

Has successfully completed teaching at

Canine Assistants, Inc.

As of this day July 20th in the year 2021

Certificate is awarded as a

Service Dog

EXHIBIT 11 SLYDN

K-VA-T
001068

I hereby attest that the named individual has successfully completed the required training course in accordance with Canine Assistants, Inc. guidelines respective to service dog training, is a recipient in good standing, and should be granted all rights and privileges under the applicable state code (attached) pertaining to service dogs in training and/or in service.

In accordance with applicable Federal & State laws, any person, firm, corporation, or the agent of any person, firm or corporation who denies or interferes with admittance to or otherwise interferes with the rights of a physically disabled person, or person engaged in the training of a guide or service dog shall be guilty of a misdemeanor and, upon conviction subject to the penalty as set forth in the appropriate state code (attached).

Jennifer Arnold, Executive Director

Canine Assistants, Inc.
3160 Francis Road - Alpharetta, GA 30004
(770) 664-7178 www.canineassistants.org


Canine Assistants
Educating the Dogs Who Change the World
Legal Access Provided by ADA
Matthew Batten
& Mellow Joy
I.D. #: CSD008291TN
Issue Date: July 2021

# TENNESSEE
## STATE HAS LAWS REGARDING
## GUIDE: YES HEARING: YES SERVICE: YES

STATUE REGARDING ACCESSIBILITY: Title 62, Chapter 7, 62-7-112 (1996) and 66-7-104 (1972) and 66-7-106 (1989)
LOCATIONS ALLOWED: Any public accommodation, amusement or recreation, including but not limited to any inn, hotel, restaurant, eating house, barber shop, billiard parlor, store, public conveyance on land or water, theater, motion picture house, public educational institution or elevator.
STATUTE REGARDING INTERFERENCE: 62-7-112 (1996)
INTERFERENCE INCLUDES: No proprietor, employee, or other person in charge of any public accommodation shall refuse to permit a blind, physically disabled or hearing-impaired person to enter such place or to make use of the accommodations therein provided.
STATUE REGARDING HOUSING: 66-7-104 (1972) & 66-7-106 (1989) (Guide Dogs)
HOUSING INCLUDES: Any real property or portion thereof which is used to occupy or is inteded, arranged or designed to be used or occupied, as the home, residence or sleeping place of one (1) or more human beings, but does not include any single family residence, the occupants of which rent, lease or furnish for compensation not more than one (1) room therein.
STATUTE REGARDING OWNER LICENSES AND FEES: No Mention
LICENSES OR FEE REQUIREMENTS: N/A
IDENTIFICATION REQUIREMENTS: The Guide Dog and Service Dog must wear a harness and on leash. A Hearing Dog must be on leash. A Hearing Dog user may apply for an identification card in lieu training center ID from the Tennessee Council for the Hearing Impaired
MISREPRESENTATION OF DISABILITY: 55-8-179 (1989) Unless disabled no person can use a leash blaze orange in color.



Graduation Certificate

Class of July 2021

This certifies that

Mellow Joy

Has successfully completed teaching at

Canine Assistants, Inc.

As of this day July 20th in the year 2021

Certificate is awarded as a

Service Dog