**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:22-cv-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION TO EXTEND RESPONSE DEADLINE

Plaintiff, Christopher Matthew Batten, by and through the undersigned counsel, moves this Court to extend Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment by two weeks and in support thereof states as follows:

1. The Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment is currently May 2, 2023.
2. Counsel for Plaintiff recently suffered a death in his immediate family that kept him out of the office for approximately two weeks.
3. Due to this death in the family, Plaintiff will not be able to properly respond to the Motion for Summary Judgment by the current deadline.

4. The Plaintiff moves the Court to extend Plaintiff's response deadline from May 2, 2023, to May 16, 2023.
5. Plaintiff's counsel has conferred with counsel for Defendant. Defendant does not oppose this motion.

WHEREFORE, the Plaintiff prays that the Court extend Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment from May 2, 2023, to May 16, 2023.

Respectfully submitted,

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*

R. Ethan Hargraves, GA No. 793839
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Ph: 423.697.4529; F: 423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:22-cv-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a** | ) | |
| **FOOD CITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

This will certify that on April 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve all counsel of record.

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves