**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:22-cv-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S SECOND MOTION TO EXTEND RESPONSE DEADLINE

Plaintiff, Christopher Matthew Batten, by and through the undersigned counsel, moves this Court to extend Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment by ten (10) days and in support thereof states as follows:

1. Plaintiff's deadline to response to Defendant's Motion for Summary Judgment is currently May 16, 2023.
2. After a busy trial schedule and suffering a death in his immediate family that kept him out of the office for approximately two (2) weeks, counsel for Plaintiff had a full schedule of depositions, conferences and hearings to attend.
3. Plaintiff moves the Court to extend Plaintiff's response deadline from May 16, 2023, to May 26, 2023.

4. Plaintiff and Defendant are in discussions regarding potential mediation and an extension of the response deadline will allow more time for these discussions.

5. Plaintiff's counsel has conferred with counsel for Defendant, and they do not oppose this motion.

WHEREFORE Plaintiff prays that the Court extend Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment from May 16, 2023, to May 26, 2023.

Respectfully submitted,

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*

R. Ethan Hargraves, GA Bar No. 793839
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Ph: 423.697.4529, F: 423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | **Case No. 4:22-cv-00179** |
| **Plaintiff,** | ) | |
| | ) | **JURY DEMANDED** |
| **v.** | ) | |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

This will certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve all counsel of record.

**MASSEY & ASSOCIATES, P.C.**

*<u>/s/ R. Ethan Hargraves</u>*
R. Ethan Hargraves