IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00179 |
| | ) | |
| K-VAT-FOOD STORES, INC. d/b/a | ) | JUDGE: |
| FOOD CITY, | ) | MAGISTRATE: |
| | ) | |
| Defendant. | ) | |

# MOTION TO ORDER CASE TO MEDIATION

The Defendant herein, K-VA-T Food Stores, d/b/a Food City, hereby MOVES the Court for an Order referring the above-styled case to non-binding mediation. In support of the motion, Defendant states as follows:

1. Food City is represented by the undersigned counsel of record in this case.

2. Plaintiff is represented by Ethan Hargraves, Esq. of Massey & Associates, PC.

3. This matter is currently set for trial on October 30, 2023. The parties have engaged in discovery. Defendant has recently filed a Motion for Summary Judgment, to which Plaintiff is in the process of responding.

4. The parties have worked cooperatively to date in this case, and have discussed efforts to engage in settlement negotiations, but such discussions and efforts have

not been successful. Defendant has requested that Plaintiff, through counsel, agree to mediation, but Plaintiff has indicated he will only agree to mediation if Defendant agrees to the following in advance of mediation: (1) make a pre-mediation counter-offer to Plaintiff's opening demand, (2) agree to pay the cost of the mediation, or (3) agree to utilize the services of a magistrate judge to mediate at no cost. Defendant does not agree to those pre-mediation terms, because they reduce the incentive for Plaintiff to participate fully in mediation and settlement efforts. However, Defendant believes mediation with a skilled and experienced mediator would provide the best opportunity for a successful resolution of this matter.

5. Defendant believes the assistance of a neutral mediator would be beneficial to the parties in narrowing the issues in the case, addressing the claims and defenses involved in a non-emotional format and provide the best opportunity for discussion of settlement terms regarding the case.

WHEREFORE, Defendant MOVES the Court to issue an order directing the parties to engage in non-binding mediation.

Respectfully submitted this 16th day of May 2023.

/s/ Howard B. Jackson
Howard B. Jackson, BPR #021316
Wimberly Lawson Wright Daves &
Jones, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000
(865) 546-1001 (fax)

Attorney for K-VA-T Food Stores, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, I electronically filed the foregoing Motion to Order Case to Mediation with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

**Ethan Hargraves**
**Massey and Associates, P.C.**
**6400 Lee Highway, Suite 101**
**Chattanooga, Tennessee 37421**
**(888)885-1982**
**(423)634-8886**
ethan@masseyattorneys.com

This 16th day of May 2023.

/s/ Howard B. Jackson

Howard B. Jackson