FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: May 17 2023
KEVIN P. WEIMER , Clerk
By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

CHRISTOPHER MATTHEW BATTEN,

Plaintiff,

v.

K-VA-T FOOD STORES, INC., *doing business as*, Food City,

Defendant.

CIVIL ACTION FILE

NO. 4:22-CV-00179-WMR-WEJ

# ORDER

Plaintiff, Christopher Matthew Batten, filed this action [1] against defendant, K-VA-T Food Stores, Inc. ("Food City"), on August 16, 2022. After a period of discovery, Food City filed a Motion for Summary Judgment [29], which plaintiff's deadline to respond is currently May 26, 2023. (See Docket Entry for May 12, 2023 (Oral Order granting second extension request [39]).) Food City has now subsequently filed a Motion to Order Case to Mediation [40]. For good cause shown, that Motion [40] is **GRANTED**.

Therefore, pursuant to Local Civil Rule 16.7, the parties are **DIRECTED** to mediation. While the parties have the option of mediation before a United States

Magistrate Judge or a private mediator, the parties are reminded that the Court offers the services of its Magistrate Judges to mediate cases at no cost. Should the parties desire to use that service, they may contact the chambers of the Honorable Russell G. Vineyard (404-215-1375), Chief United States Magistrate Judge.

Regardless, the mediation shall be concluded within forty-five (45) days of the date of this order unless otherwise extended by the undersigned Magistrate Judge. The parties are **DIRECTED** to file a status report with the Court within ten (10) days of the conclusion of the mediation indicating if a settlement is reached. In the meantime, plaintiff's above referenced response to defendant's Motion for Summary Judgment is **STAYED**. Should mediation be unsuccessful, plaintiff's response to that Motion is due twenty-one (21) days after the mediation date.

**SO ORDERED**, this the 17th day of May, 2023.

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE