**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
AT ROME**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | **CASE NO.** |
| **Plaintiff,** | ) | **4:22-cv-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a FOOD CITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## AFFIDAVIT OF CHRISTOPHER MATTHEW BATTEN

---

The undersigned, being duly sworn, deposes and says as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts contained herein.

2. I was involved in a horrific motorcycle crash in 2014.

3. The crash caused me to need dozens of surgeries to install hardware and screws throughout the right side of my body.

4. Eventually, the injuries I suffered in the crash caused me to have to have my right arm amputated.

5. On August 6, 2021, I met with Mr. David Ellison and Gary Richards.

6. In that meeting, I discussed my issues related to anxiety, isolation and stability with David Ellison.

7. In that meeting, I notified David Ellison that I had fallen approximately five (5) times while working due to stability issues caused by the extensive hardware in the right side of my body.

8. In that meeting, I notified David Ellison that my service animal can detect when I am beginning to have a "lock down panic attack" and assists me with those attacks.

9. In that meeting, I notified David Ellison that my service animal provided stability to prevent falls and could assist me in getting back up if I did fall.

10. On August 12, 2021, I again met with Mr. David Ellison and Gary Richards.

11. In that meeting, Mr. Ellison told me that my request for the use of my service animal was being denied.

12. In that August 12 meeting, Mr. Ellison offered me a position inside the store in the USCAN Cashier position to help with my anxiety.

13. In response to the offer of the USCAN Cashier position, I told Mr. Ellison that I have screws and hardware throughout the right side of my body as well as Complex Regional Pain Syndrome.

14. I told Mr. Ellison that "standing for an extended period of time doesn't work."

15. I told Mr. Ellison that I could not physically perform the USCAN Cashier position.

16. Before the August 12, 2021 meeting ended, I told Mr. Ellison "I guess, at this time, I have to wait for whatever you guys come up with . . . ."

17. During the almost three years that I worked for Food City, I was able to perform the essential functions of my position, but doing so caused me consistent daily pain. Furthermore, performing the essential functions of my job put me at risk for falling and injuring myself because of the effects that my disability has on my ability to ambulate.

18. Having my service animal with me in my work as the Fuel Clerk at Food City would have helped me to perform the essential functions of my job.

FURTHER AFFIANT SAITH NOT

CHRISTOPHER MATTHEW BATTEN

Sworn to and subscribed to me this
25th day of May 2023.

NOTARY PUBLIC
My Commission Expires: 12/10/2023

AMANDA JENKINS
STATE OF TENNESSEE NOTARY PUBLIC
HAMILTON COUNTY