**Q Okay. To your knowledge, had that decision changed?**

A To my knowledge, no.

**Q Okay. So as of -- as of the date that you were speaking with Ms. Estep, you were aware that Mr. Batten could not return with his service animal?**

A I was aware of the decision that had been made.

**Q And he -- and had been communicated to Mr. Batten that he could not return with his service animal?**

A At that time, yes.

**Q Do you know now when the decision was made to deny Mr. Batten's request for the use of his service dog?**

A Do I know when? I do not know when.

**Q Sitting here today, can you think of any reason why it would have been an undue burden on Food City to allow Mr. Batten to work as a fuel clerk with his service dog?**

A From my -- from reading the documents, there was options that were offered to Mr. Batten that would have been considered a reasonable accommodation including self-checkout operator inside the store, even potentially with a cane, with a