# EQUAL EMPLOYMENT OPPORTUNITY

It is Food City's policy to grant equal employment opportunities to all qualified persons without regard to race, color, sex, religion, age, national origin, disability or veteran's status. To deny a qualified person the chance to contribute to our effort because you are a member of a minority group is an injustice not only to the individual but to our company and nation as well. It is the intent and desire of our company to provide equal opportunities in employment, promotion, wages, benefits, and all other privileges, terms and conditions of employment. Our only concern is that a person be qualified to perform the job. This policy has the support of the highest levels of our management team.

**PROTECTED CLASSES**

- Americans with Disabilities Act (ADA): The ADA makes it unlawful to make inquiries as to whether an applicant is an individual with a disability or as to the nature or severity of such disability.

- Age: Federal law prohibits employment discrimination against people 40 years and older. A person's age should not be asked nor should inquiries be made as to the dates of high school or college graduation, unless it is a bona fide requirement of the job that is stated in the job description.

- Birthplace: This may be construed as national origin discrimination.

- Citizenship: The interviewer may inquire whether the candidate is eligible to work legally in the United States. However, if this question is asked, it must be asked of all candidates interviewed.

- Marital status and family status: For example, questions concerning the number of children a candidate has, childcare arrangements, or whether the candidate intends to have children.

- Arrest record: A conviction does not automatically disqualify an applicant from consideration of employment.

- Religious or political affiliations

- National origin: Lineage, ancestry, descent, mother tongue, including national origin of parents.

- Sex/Gender & Sexual Orientation

- Veteran Status

EXHIBIT 2 Slyon
PENGAD 800-631-6989

## AMERICANS WITH DISABILITIES ACT

**The Americans with Disabilities Act (ADA) of 1990 states that a qualified person with a disability is one who can perform the essential duties of the job with or without reasonable accommodations, has the required skills and experience for the job, and meets other job-related requirements.**

## AREAS YOU *MAY NOT* ASK ABOUT:

- The existence, nature, extent, origin or prognosis of disability
- Present health condition
- Past attendance record with former employer
- Physical characteristics such as burns, scars or missing limbs
- Current or past use of prescription drugs
- If the person has had an alcohol or drug problem
- Past or present workers' compensation history
- Past medical history
- Whether or not the applicant will need to leave for treatment
- If family members have a history of illness
- If the applicant has a medical condition or disability

## QUESTIONS YOU MAY ASK:

- Do you have any reason to believe you would have difficulty performing any of the essential job duties?
- Do you have any reason to believe you would have difficulty meeting company work schedule?
- Would you please explain how you would perform this essential job duty? (When observable disability raises doubts)
- Whether the applicant will have any trouble meeting the attendance requirements.

**ADA (Americans with Disabilities Act)**

The Americans with Disabilities Act of 1990 prohibits employers from discriminating against qualified individuals with *disabilities* in job application procedures, hiring, firing, advancement, compensation, job training, and other terms, conditions, and privileges of employment.

Under the ADA, an individual with a disability is a person:

- Has a physical or mental impairment that substantially limits one or more "*major life activities*." Major life activities include:
  - Self-Care
  - Performing manual tasks
  - Walking
  - Seeing
  - Hearing
  - Speaking
  - Breathing
  - Learning
  - Working
- Has a record of such an impairment; or
- Is regarded as having such an impairment

A qualified employee or applicant with a disability is an individual who, with or without *reasonable accommodation*, can perform the essential functions of the job in question.

A reasonable accommodation is the requirement that employers take steps that are not an *undue hardship* to make employment possible for persons with disabilities.

An undue hardship is an action requiring significant difficulty or expense when considered in the light of factors such as employer's size, financial resources, and the nature and structure of the employer's operation.

A Reasonable Accommodation may include:

- Making existing facilities readily accessible to individuals with disabilities
- Restructuring of a job, a work schedule, or a reassignment of a disabled employee to a vacant position
- Acquiring or modifying equipment or devices
- Adjusting or modifying examinations, training materials, or policies
- Providing qualified interpreters or readers

When there are more than one reasonable accommodations for an associate, it is ultimately the decision of the employer, not the associate as to which accommodation to make.