12/08/22
15:39



EXHIBIT 3 S Lyon
PENGAD 800-631-6989

# VTA Training Detail Report

For Single Student

All Dates

**Course Code** **Title**

## Batten, Christopher

### *Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF102 | Bloodborne Pathogens (5 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Bloodborne Pathogens | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Bloodborne Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULREQ100 | Class C-UndergroundStorageTank (2 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class C Training | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC102 | Credit Card Skimmers (5 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAFREF | Fire Extinguisher In Work Place (9 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULSAF101 | Gas'N Go Safety (10 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gas'N Go Safety | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Gas'N Go Test | Test | Self-Study | Yes | Complete | | 80.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS102 | Harassment Policy (5 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Harassment Policy | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Harassment Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF902 | Hazard Communications (12 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Hazard Communication | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Haz Com Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF111 | Healthy at Work Acknowledgement (1 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Healthy at Work Ack | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC104 | Information Security Policy (10 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Information Security | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | AcceptableUse Policy | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 3 | Payment Card Info | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 4 | Security Awareness | Document | Self-Study | Yes | Complete | | | 07/12/21 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### Training History

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF105 | Lockout Tagout Affected Employee (9 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | LockoutTagoutAffect | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC105 | PCI Data Security (6 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | PCI Data Security | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 90.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF109 | Preventing Slips Trips Falls Video(7min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Prevent SlipTripFall | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMSAF008 | Safety Manual - Slip Trip and Fall Prev | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Falls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 3 | Elevated Falls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 4 | Protection FromFalls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 5 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF108 | Slips, Trips and Falls Procedures(10min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Slips Trips Falls | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 2 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 07/12/21 |
| | 3 | SlipsTripsFalls Test | Test | Self-Study | Yes | Complete | | 100.00 | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS109 | Update My Profile Information (1 min) | 0.00 | 07/12/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UpdateMyProfile Info | Document | Self-Study | Yes | Complete | | | 07/12/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC106 | Acceptable Use Policies (3 min) | 0.00 | 03/09/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Acceptable Use Polic | Document | Self-Study | Yes | Complete | | | 03/09/21 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC108 | Counterfeit Money Prevention (2 min) | 0.00 | 03/09/21 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Counterfeit Money Pr | Document | Self-Study | Yes | Complete | | | 03/09/21 |

# VTA Training Detail Report

For Single Student

All Dates

| Course Code | Title |
|---|---|

## Batten, Christopher

***Training History*** — **Credit Hours** — **Comp. Date**

EBYCOV100 Covid-19 Guidelines 2020 (13 min) — 0.00 — 03/09/21

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Characteristics | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 2 | Signs Symptoms | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 3 | Asymptom PreSymptom | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 4 | Deadly Consequences | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 5 | Hand Washing | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 6 | Face Covering | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 7 | Non-Contact Greeting | Document | Self-Study | Yes | Complete | | | 03/09/21 |
| | 8 | Heat Related Illness | Document | Self-Study | Yes | Complete | | | 03/09/21 |

EBYEXP109 Energy Conservation Program 2021 (4 min) — 0.00 — 03/09/21

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Energy Conservation | Document | Self-Study | Yes | Complete | | | 03/09/21 |

EBYHRS110 Scholarship Information (3 min) — 0.00 — 02/04/21

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | KVAT Scholarships | Document | Self-Study | Yes | Complete | | | 02/04/21 |

EBYSAF111 Healthy at Work Acknowledgement (1 min) — 0.00 — 12/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Healthy @ Work | Document | Self-Study | Yes | Complete | | | 12/30/20 |

FNDCSH129 Tobacco Sales Age ID Req 2020 (2 min) — 0.00 — 12/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco Requirements | Document | Self-Study | Yes | Complete | | | 12/30/20 |

SECSEC103 Active Shooter Training Video (5 min) — 0.00 — 11/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Active Shooter Video | Document | Self-Study | Yes | Complete | | | 11/30/20 |

EBYSEC102 Credit Card Skimmers (5 min) — 0.00 — 11/30/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 11/30/20 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 11/30/20 |

FNDCSH874 Gift Cards (8 min) — 0.00 — 10/16/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gift Cards | Document | Self-Study | Yes | Complete | | | 10/16/20 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 80.00 | 10/16/20 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### Training History

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH102 | Third Party Gift Cards (4 min) | 0.00 | 10/16/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Third Party GiftCard | Document | Self-Study | Yes | Complete | | | 10/16/20 |
| | 2 | Third Party Gift Crd | Test | Self-Study | Yes | Complete | | 80.00 | 10/16/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYUND211 | United Way 2020 (2 min) | 0.00 | 10/16/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | United Way 2020 | Document | Self-Study | Yes | Complete | | | 10/16/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYCOV100 | Covid-19 Guidelines 2020 (13 min) | 0.00 | 09/08/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Characteristics | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 2 | Signs Symptoms | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 3 | Asymptom PreSymptom | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 4 | Deadly Consequences | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 5 | Hand Washing | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 6 | Face Covering | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 7 | Non-Contact Greeting | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 8 | Heat Related Illness | Document | Self-Study | Yes | Complete | | | 09/08/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULPRO105 | Daytime Fuel Delivery (9 min) | 0.00 | 09/08/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Daytime Fuel Deliver | Document | Self-Study | Yes | Complete | | | 09/08/20 |
| | 2 | Fuel Delivery Test | Test | Self-Study | Yes | Complete | | 90.00 | 09/08/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF111 | Healthy at Work Acknowledgement (1 min) | 0.00 | 07/07/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Healthy @ Work | Document | Self-Study | Yes | Complete | | | 07/07/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSEC104 | Information Security Policy (10 min) | 0.00 | 06/24/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Information Security | Document | Self-Study | Yes | Complete | | | 06/24/20 |
| | 2 | AcceptableUse Policy | Document | Self-Study | Yes | Complete | | | 06/24/20 |
| | 3 | Payment Card Info | Document | Self-Study | Yes | Complete | | | 06/24/20 |
| | 4 | Security Awareness | Document | Self-Study | Yes | Complete | | | 06/24/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF105 | Lockout Tagout Affected Employee (9 min) | 0.00 | 06/24/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | LockoutTagoutAffect | Document | Self-Study | Yes | Complete | | | 06/24/20 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF109 | Preventing Slips Trips Falls Video(7min) | 0.00 | 06/24/20 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Prevent SlipTripFall | Document | Self-Study | Yes | Complete | | | 06/24/20 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

***Training History*** — Credit Hours — Comp. Date

EBYSAFREF Fire Extinguisher In Work Place (9 min) 0.00 06/12/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/12/20 |

EBYSEC105 PCI Data Security (6 min) 0.00 06/12/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | PCI Data Security | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/12/20 |

PPMSAF008 Safety Manual - Slip Trip and Fall Prev 0.00 06/12/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Falls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 3 | Elevated Falls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 4 | Protection FromFalls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 5 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/12/20 |

EBYSAF108 Slips, Trips and Falls Procedures(10min) 0.00 06/12/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Slips Trips Falls | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 2 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/12/20 |
| | 3 | SlipsTripsFalls Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/12/20 |

EBYSAF102 Bloodborne Pathogens (5 min) 0.00 06/11/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Bloodborne Pathogens | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Bloodborne Test | Test | Self-Study | Yes | Complete | | 80.00 | 06/11/20 |

FULSAF101 Gas'N Go Safety (10 min) 0.00 06/11/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gas'N Go Safety | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Gas'N Go Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/11/20 |

EBYHRS102 Harassment Policy (5 min) 0.00 06/11/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Harassment Policy | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Harassment Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/11/20 |

EBYSAF902 Hazard Communications (12 min) 0.00 06/11/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Hazard Communication | Document | Self-Study | Yes | Complete | | | 06/11/20 |
| | 2 | Haz Com Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/11/20 |

# VTA Training Detail Report

For Single Student

All Dates

**Course Code** **Title**

## Batten, Christopher

***Training History*** **Credit Hours** **Comp. Date**

EBYHRS109 Update My Profile Information (1 min) 0.00 06/11/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UpdateMyProfile Info | Document | Self-Study | Yes | Complete | | | 06/11/20 |

EBYSEC106 Acceptable Use Policies (3 min) 0.00 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Acceptable Use Polic | Document | Self-Study | Yes | Complete | | | 05/06/20 |

FULREQ100 Class C-UndergroundStorageTank (2 min) 0.00 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class C Training | Document | Self-Study | Yes | Complete | | | 05/06/20 |

EBYSEC102 Credit Card Skimmers (5 min) 0.00 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 05/06/20 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 05/06/20 |

EBYSAF110 Proper Use of Face Masks (3 min) 0.00 05/06/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Proper Face Mask | Document | Self-Study | Yes | Complete | | | 05/06/20 |

EBYFSF102 Disease Prevention (9 min) 0.00 03/04/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Disease Prevention | Document | Self-Study | Yes | Complete | | | 03/04/20 |

EBYHRS110 Scholarship Information (3 min) 0.00 03/04/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | KVAT Scholarships | Document | Self-Study | Yes | Complete | | | 03/04/20 |

FNDCSH129 Tobacco Sales Age ID Req 2020 (2 min) 0.00 01/02/20

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco Requirements | Document | Self-Study | Yes | Complete | | | 01/02/20 |

SECSEC103 Active Shooter Training Video (5 min) 0.00 11/11/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Active Shooter Video | Document | Self-Study | Yes | Complete | | | 11/11/19 |

EBYSEC102 Credit Card Skimmers (5 min) 0.00 11/11/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 11/11/19 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 11/11/19 |

# VTA Training Detail Report

For Single Student

All Dates

| Course Code | Title | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Batten, Christopher** | | | | | | | | | |
| ***Training History*** | | | | | | **Credit Hours** | | | **Comp. Date** |
| EBYGEN102 | Logile Connect App (2 min) | | | | | 0.00 | | | 11/11/19 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Logile Connect App | Document | Self-Study | Yes | Complete | | | 11/11/19 |
| FCYALL100 | Company Orientation Welcome (55 Min) | | | | | 30.00 | | | 09/21/19 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Company Orientation | Document | Self-Study | Yes | Complete | | | 05/28/19 |
| | 2 | Company Orientation | Test | Self-Study | Yes | Complete | | 100.00 | 05/28/19 |
| | 4 | Customer Service | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 5 | Customer Service | Test | Self-Study | Yes | Complete | | 100.00 | 09/21/19 |
| | 6 | KARE Program | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| FULPRO105 | Daytime Fuel Delivery (9 min) | | | | | 9.00 | | | 09/21/19 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Daytime Fuel Deliver | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Fuel Delivery Test | Test | Self-Study | Yes | Complete | | 100.00 | 09/21/19 |
| PPMSAF005 | Safety Manual - Accident Prevention | | | | | 0.00 | | | 09/21/19 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | Accident Invest Proc | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Accident Investigate | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| PPMSAF004 | Safety Manual - First Aid | | | | | 0.00 | | | 09/21/19 |
| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
| | 1 | First Aid | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | First Aid Instruct | Document | Self-Study | Yes | Complete | | | 09/21/19 |

# VTA Training Detail Report

For Single Student

All Dates

**Course Code** **Title**

## Batten, Christopher

***Training History*** **Credit Hours** **Comp. Date**

PPMSAF007 Safety Manual - General Policies 0.00 09/21/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Ladders | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Violence InWorkplace | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 3 | Electrical | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 4 | Slicers | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 5 | Meat Grinders | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 6 | Sharp Instruments | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 7 | Box Cutter Safety | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 8 | Stockroom | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 9 | Lifting Procedures | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 10 | Safety Rules | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 11 | Compactor Baler | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 12 | Scrubber Buffer | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 13 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 14 | Helium Balloon Gas | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 15 | Handling Dry Ice | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 16 | Safety Vests | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 17 | Office Safety | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 18 | Evacuation Plan | Document | Self-Study | Yes | Complete | | | 09/21/19 |

PPMSAF009 Safety Manual - Hazard Communications 0.00 09/21/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | General Information | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 3 | Chemical Safety | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 4 | Definitions | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 5 | SDS Information | Document | Self-Study | Yes | Complete | | | 09/21/19 |

PPMSAF006 Safety Manual - Recordkeeping 0.00 09/21/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Recordkeeping | Document | Self-Study | Yes | Complete | | | 09/21/19 |
| | 2 | Self Inspect Audits | Document | Self-Study | Yes | Complete | | | 09/21/19 |

PPMSAF003 Safety Manual - Safety and Health Train 0.00 09/21/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Safety Health Train | Document | Self-Study | Yes | Complete | | | 09/21/19 |

PPMSAF002 Safety Manual - Safety Committee 0.00 09/21/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Safety Committee | Document | Self-Study | Yes | Complete | | | 09/21/19 |

# VTA Training Detail Report

For Single Student

All Dates

**Course Code** | **Title**

## Batten, Christopher

***Training History*** — **Credit Hours** — **Comp. Date**

EBYUND210 United Way Video (2 min) — 0.00 — 09/21/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | United Way Video | Document | Self-Study | Yes | Complete | | | 09/21/19 |

EBYHRS301 30 Day Follow Up (1 min) — 1.00 — 08/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 30 Day Follow Up | Document | Self-Study | Yes | Complete | | | 08/29/19 |
| | 2 | 30 Day Follow Up Que | Test | Self-Study | Yes | Complete | | 100.00 | 08/29/19 |

EBYSLP101 Code Adam (16 min) — 16.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Code Adam | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

EBYEXP101 Energy Conservation CostControl (10 min) — 10.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Utilities Course | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Utilities Test | Test | Self-Study | Yes | Complete | | 87.50 | 06/29/19 |

EBYSAF101 Fire Extinguisher In Work Place (9 min) — 9.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fire Extinguisher | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Fire Extinguisher | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

FNDCSH874 Gift Cards (8 min) — 8.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gift Cards | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 80.00 | 06/29/19 |

WHSALL107 IceBreaker (8 min) — 8.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | IceBreaker Video | Document | Self-Study | Yes | Complete | | | 06/29/19 |

EBYSEC104 Information Security Policy (10 min) — 0.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Information Security | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | AcceptableUse Policy | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 3 | Payment CardTerminal | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 4 | Security Awareness | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 5 | Payment Card Data | Document | Self-Study | Yes | Complete | | | 06/29/19 |

EBYSAF105 Lockout Tagout Affected Employee (9 min) — 9.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | LockoutTagoutAffect | Document | Self-Study | Yes | Complete | | | 06/29/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

***Training History*** — Credit Hours — Comp. Date

EBYHRS201 My Profile Acknowledgement (1 min) — 1.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | My Profile Training | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | My Profile Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

EBYGEN100 Online Ordering at foodcity.com (4 min) — 4.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Online Ordering | Document | Self-Study | Yes | Complete | | | 06/29/19 |

SECSEC102 Organized Retail Crime (5 min) — 5.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | OrganizedRetailCrime | Document | Self-Study | Yes | Complete | | | 06/29/19 |

EBYSEC105 PCI Data Security (6 min) — 6.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | PCI Data Security | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/29/19 |

PHMCUS102 Pharm Mobile AppOnline Prescript (6 min) — 6.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Pharm Online Prescri | Document | Self-Study | Yes | Complete | | | 06/29/19 |

EBYSAF109 Preventing Slips Trips Falls Video(7min) — 0.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Prevent SlipTripFall | Document | Self-Study | Yes | Complete | | | 06/29/19 |

PPMSAF008 Safety Manual - Slip Trip and Fall Prev — 0.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purpose | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Falls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 3 | Elevated Falls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 4 | Protection FromFalls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 5 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/29/19 |

EBYHRS110 Scholarship Information (3 min) — 8.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | KVAT Scholarships | Document | Self-Study | Yes | Complete | | | 06/29/19 |

EBYSLP104 See Something Say Something (4 min) — 4.00 — 06/29/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | See Something Say Sm | Document | Self-Study | Yes | Complete | | | 06/29/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### *Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF108 | Slips, Trips and Falls Procedures(10min) | 0.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Slips Trips Falls | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Wet FloorMaintenance | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 3 | SlipsTripsFalls Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL112 | Smart Choices Shelf Tags (5 min) | 5.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | SmartChoiceShelfTags | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH124 | Tax Exempt/Store Charge Cards (6 min) | 6.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | TaxExmptStoreCharge | Document | Self-Study | Yes | Complete | | | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH127 | Tobacco Sales Age ID Require (10 min) | 10.00 | 06/29/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco Age/ID Requi | Document | Self-Study | Yes | Complete | | | 06/29/19 |
| | 2 | Tobacco Age/ID Requi | Test | Self-Study | Yes | Complete | | 90.90 | 06/29/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FNDCSH122 | Digital Coupons (4 min) | 4.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | e ValuCard Savers | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | eValuCard Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF107 | Eyewash Station Personal Protect (4 min) | 0.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Eyewash Station | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | Eyewash Station Test | Test | Self-Study | Yes | Complete | | 91.00 | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL125 | Food City Treasure Hunt (4 min) | 0.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Treasure Hunt | Document | Self-Study | Yes | Complete | | | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS102 | Harassment Policy (5 min) | 5.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Harassment Policy | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | Harassment Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/25/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYGEN101 | Instacart - Home Delivery Service(5 min) | 0.00 | 06/25/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | HomDeliveryInstacart | Document | Self-Study | Yes | Complete | | | 06/25/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### *Training History*

Credit Hours | Comp. Date

FNDCSH102 Third Party Gift Cards (4 min) — 4.00 — 06/25/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Third Party GiftCard | Document | Self-Study | Yes | Complete | | | 06/25/19 |
| | 2 | Third Party Gift Crd | Test | Self-Study | Yes | Complete | | 100.00 | 06/25/19 |

EBYHRS101 401K Course (5 min) — 5.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 401K | Document | Self-Study | Yes | Complete | | | 06/22/19 |

EBYHRS203 ADA Guidelines Service Animals (3 min) — 3.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | ACKGT ADA Service An | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Serv Anim FAQ | Document | Self-Study | Yes | Complete | | | 06/22/19 |

FCYHRS103 Associate Purchasing Policy (1 min) — 1.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Purchasing Policy | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Understanding Acknow | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

EBYSAF102 Bloodborne Pathogens (5 min) — 5.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Bloodborne Pathogens | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Bloodborne Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

EBYSEC102 Credit Card Skimmers (5 min) — 0.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Credt Crd Skimr Upda | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | CC Skimmers Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/22/19 |

FCYALL105 Doughnut Fund Raising Program(2 min) — 2.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Doughnut FundRaising | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | FndRaising Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

FNDCSH125 Electronic Cigarettes (4 min) — 4.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Electronic Cigarette | Document | Self-Study | Yes | Complete | | | 06/22/19 |

EBYEXP108 Energy Conservation Program (8 min) — 8.00 — 06/22/19

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | ECO Rewards | Document | Self-Study | Yes | Complete | | | 06/22/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

***Training History***

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS200 | Entrance Interview (4 min) | 4.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Interview | Evaluation | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS121 | FC Handbook Acknowledgement | 0.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | FC Handbook Ack | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL124 | Food City Website (2 min) | 0.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Food City Website | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Digital Coupons | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PHMPRO106 | Food City Wellness Club (2 min) | 0.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Wellness Club | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Enroll Instructions | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULSAF101 | Gas'N Go Safety (10 min) | 10.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Gas'N Go Safety | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Gas'N Go Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS114 | Kronos Mobile App (1 min) | 1.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Kronos Mobile Acknow | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Kronos Download Inst | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS106 | Kronos Time Clock (6 min) | 6.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Kronos Time Clock | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Kronos Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL115 | Loss Prevention Video (10 min) | 10.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Loss PreventionVideo | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Loss Prevention Test | Test | Self-Study | Yes | Complete | | 90.00 | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL102 | Orientation Evaluation (1 min) | 3.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Evaluation | Evaluation | Self-Study | Yes | Complete | | | 06/22/19 |

12/08/22
15:39



# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

*Training History*

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS112 | Social Media Policy (5 min) | 5.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Social Media Policy | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYHRS104 | Time Record Keeping Acknowledge (1 min) | 1.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Time Record Keeping | Document | Self-Study | Yes | Complete | | | 06/22/19 |
| | 2 | Understanding Acknow | Test | Self-Study | Yes | Complete | | 100.00 | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS115 | Tobacco-Free Non-Smoking Policy (2 min) | 2.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Tobacco-Free Policy | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSLP105 | Trash Disposal Acknowledgement (2 min) | 2.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Trash Disposal | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYHRS109 | Update My Profile Information (1 min) | 1.00 | 06/22/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UpdateMyProfile Info | Document | Self-Study | Yes | Complete | | | 06/22/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYHRS100 | Attendance Acknowledgement (1 min) | 1.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | AttendAcknowledgemnt | Document | Self-Study | Yes | Complete | | | 06/18/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL117 | Fuel Bucks Rewards (5 min) | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fuel Bucks Rewards | Document | Self-Study | Yes | Complete | | | 06/18/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMFUE003 | Fuel Center Manual - General Policies | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Keys to Tank | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Ordering | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Product Transfers | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | Order Guide | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Rotation Concessions | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 6 | Merchandising | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 7 | Surveys | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 8 | Drive Offs | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 9 | Robbery | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 10 | Inventories | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 11 | Cig TobaccoInventory | Document | Self-Study | Yes | Complete | | | 06/18/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

***Training History***

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMFUE002 | Fuel Center Manual - Job Descriptions | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Fuel Coordinator JD | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Fuel Clerk JD | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Training People | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | How to Train | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Scheduling the Work | Document | Self-Study | Yes | Complete | | | 06/18/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMFUE004 | Fuel Center Manual - Operations | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Required Certificatn | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Sign Manual | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Responsibilities | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | Credit Debit EBT | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Terminal-Seal Inspec | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 6 | Security Access | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 7 | Opening Procedures | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 8 | Closing Procedures | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 9 | Shut Down Procedures | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 10 | Change Order | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 11 | Mandatory Safe Drops | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 12 | Customer Service | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 13 | Fuel Price Sheet | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 14 | Fuel Deliveries | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 15 | Veeder Root System | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 16 | Price Changes | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 17 | Announcements | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 18 | Service Numbers | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 19 | 24 Hour Fuel Sales | Document | Self-Study | Yes | Complete | | | 06/18/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| PPMFUE005 | Fuel Center Manual - Safety - Sanitation | 0.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Sanitation | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Cordless Blower | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 3 | Safety | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 4 | Customer Safety | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 5 | Emergency Spill Proc | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 6 | Emergency First Aid | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 7 | Basics | Document | Self-Study | Yes | Complete | | | 06/18/19 |

# VTA Training Detail Report

For Single Student

All Dates

Course Code | Title

## Batten, Christopher

### Training History

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYSAF902 | Hazard Communications (12 min) | 14.00 | 06/18/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Hazard Communication | Document | Self-Study | Yes | Complete | | | 06/18/19 |
| | 2 | Haz Com Test | Test | Self-Study | Yes | Complete | | 87.50 | 06/18/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYHRS101 | Three Hour Associate Dept Tour (1 min) | 1.00 | 06/07/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 3 Hour Tour Page | Document | Self-Study | Yes | Complete | | | 06/07/19 |
| | 2 | 3 Hour Tour Test | Test | Self-Study | Yes | Complete | | 100.00 | 06/07/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| EBYFTT100 | About Fast Track (11 min) | 11.00 | 05/28/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | About Fast Track | Document | Self-Study | Yes | Complete | | | 05/28/19 |
| | 2 | Fast Track Test | Test | Self-Study | Yes | Complete | | 100.00 | 05/28/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FCYALL113 | Company Orientation Video (16 min) | 16.00 | 05/28/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | Company Orientation | Document | Self-Study | Yes | Complete | | | 05/28/19 |
| | 2 | Orientation Vid Test | Test | Self-Study | Yes | Complete | | 100.00 | 05/28/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULREQ100 | Class C-UndergroundStorageTank (2 min) | 2.00 | 05/23/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class C Training | Document | Self-Study | Yes | Complete | | | 05/23/19 |

| Course Code | Title | Credit Hours | Comp. Date |
|---|---|---|---|
| FULSAF102 | Gas N Go Safety Refresher Course | 10.00 | 05/23/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | GasNGoSafetyRefreshr | Document | Self-Study | Yes | Complete | | | 05/23/19 |
| | 2 | Gas N Go Test | Test | Self-Study | Yes | Complete | | 100.00 | 05/23/19 |

### In-Progress Training

| Course Code | Title | Class Start Date |
|---|---|---|
| FULREQ101 | Class B-UndergroundStorageTank (3 hours) | 05/01/19 |

| Lessons | Order | Name | Type | Take When | Req. | Status | Grade | Score | Status Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | UST Class B Training | Document | Self-Study | Yes | Started | | | 05/23/19 |