On July 23rd, 2021, Matthew Batten called to inform me that the camp that he attended while he was out was to train and to receive a Service Dog. Before he left for this camp Matthew Batten said that the camp was just for his disability. I spoke with him to let him know that I was not able to give him permission for this and I wasn't sure what information that I would be able to give him now and that I would need to reach out to my HR Supervisor. Later Matthew Batten came to the store with his Service dog and his paperwork. During the meeting with Matthew, his Service Dog kept jumping on Amber Grindle. I kept telling Matthew that now we haven't heard anything about what we could do with his Service dog. Matthew wanted to talk to Gary Richards about his dog and what he needed to do. After Gary talked to Matthew, we took photos of his document to send in to get approval for his Service dog. I kept telling Matthew, I did not have permission to give him about his service dog and that I was just the middleman. We reached out to Donny Rector to see what we could do about his service dog. Gary and I did not hear anything from Donny and decided to let him work until we received an answer.

Emily Hobbs

Emily Hobbs

11/29/2021

EXHIBIT 4 SLYON PENGAD 800-631-6989