**Gary Richards**

**Sent:** Tuesday, November 30, 2021 7:56 AM

On 7/23/21 at approximately 10:00am Matt Batten ( fuel center associate ) came into the store to inform me that he had acquired a service dog and that the animal would accompany him while working. I told Matt that I had never dealt with this before and didn't know what the protocol was on allowing service animals at work. I told Matt I would seek advice from our Human Resource department and would have an answer for him before he started his shift at 2:00pm that day 07/23/21. David Ellison our HR representative was on vacation so we were instructed to reach out to HR representative Donny Rector for another region with any questions, concerns or issues in David's absents. I sent Donny an email at 10:26am 7/23/21 explaining the situation and asking to advise. Donny replied at 11:29am 07/23/21 asking if it was a service or emotional support dog, I replied back at 11:57am letting Donny know that Matt was claiming the dog was both service and emotional and when I received certification/documents for the animal I would email. Matt didn't return to the store until he started his shift and I asked that he remain with me in the office so I could email documents and get an answer. I emailed Donny at 2:17pm but never received an answer as to handle the situation ( allow or not allow to work). As I have never dealt with this situation, knowing the sensitivity of the subject of service animals and never receiving and answer from HR, I advised Matt that he could bring the animal to work with the understanding that may change based on review from the company. Matt agreed to this. I never received a response until David Ellison called me on 07/30/21 at approximately 4:00pm asking that I update him on the situation at which time I did and informed that I did allow Matt to work. David told me he would communicate with corporate and would get back with me. David contacted me on 08/02/21 to discuss the matter further and again on 08/05/21 to set up a meeting with Matt on 08/06/21 at 1:00pm. Matt worked the following days leading up to the meeting 07/23, 07/24, 07/25, 07/27, 07/30, 07/31, 08/01

Gary Richards

Gary Richards

EXHIBIT
5
SLYON
PENGAD 800-631-6989



K-VA-T
000132