On 8/6/21, I met with Matthew Batten at Food City 214 with Gary Richards as my witness. Matthew has recently turned in documents and a request for an accommodation for a service dog to be present with him as he works his shifts at the fuel center. During this exchange, I asked Batten if there had been a change in anything as he has worked for us for two years. He stated that nothing had changed. He stated that he had been waiting for a service dog for over 4 years. I asked him if he was able to perform all essential functions of the job, and he stated he could do so without question as he had been doing them since he began his employment with Food City. He stated that he needed the service animal to help him in his battle of anxiety, panic attacks, and feeling of isolation. He also stated that he has fallen about 5 times and the dog helps him steady on his feet. At the end of the meeting, I reiterated that I was gathering information during out exchange meeting, and I would be back in contact with him again soon.

David Ellis
8/6/21

EXHIBIT
PENGAD 800-631-6989
6
SL40