**Gary Richards**

On August 6th David Ellison met with Matt Batten with myself as a witness to discuss the request of a service animal . Mr. Ellison asked Matt if there was any aspect of the job that he could not perform that required the assistance of a service animal , Matt replied that he was able to perform all duties that were required without question and had been doing so since his employment with Food City without the help from a service animal. Matt stated that the purpose of the service animal was to provide companionship and help with anxiety, isolation.

Gary Richards

8/6/21

EXHIBIT
PENGAD 800-631-6989
7
SL40n