**Gary Richards**

On 08/12/21 Matt Batten met with David Ellison for a follow meeting regarding Mr. Batten having a service animal at the workplace. Mr. Ellison informed Mr. Batten that after review the decision was made that at this point in time the request for the service animal has been denied. Mr. Ellison asked if there were any jobs within the store to better accommodate his current needs suggesting U-scan attendant as it would allow him to be around others. Mr. Batten stated that there wasn't any position in the store that he would be able to perform his duties as he wasn't able to stand for short/long periods of time that Gas N Go was the only position that was suitable as it allowed him to sit and stand as needed and that he was not leaving his dog with anyone, that where he goes she goes.

Gary Richards
8/12/21

EXHIBIT
9
SLYON
PENGAD 800-631-6989



K-VA-T
000141