
Graduation Certificate

Class of July 2021

This certifies that

Mellow Joy

Has successfully completed teaching at

Canine Assistants, Inc.

As of this day July 20th in the year 2021

Certificate is awarded as a

Service Dog

Jennifer Arnold, Executive Director

Kent Bruner, DVM, Managing Director

EXHIBIT

11

SLYON

PENGAD 800-631-6989

I hereby attest that the named individual has successfully completed the required training course in accordance with Canine Assistants, Inc. guidelines respective to service dog training, is a recipient in good standing, and should be granted all rights and privileges under the applicable state code (attached) pertaining to service dogs in training and/or in service.

In accordance with applicable Federal & State laws, any person, firm, corporation, or the agent of any person, firm or corporation who denies or interferes with admittance to or otherwise interferes with the rights of a physically disabled person, or person engaged in the training of a guide or service dog shall be guilty of a misdemeanor and, upon conviction subject to the penalty as set forth in the appropriate state code (attached).

Jennifer Arnold, Executive Director

Canine Assistants, Inc.
3160 Francis Road - Alpharetta, GA 30004
(770) 664-7178 www.canineassistants.org


Canine Assistants
Educating the Dogs Who Change the World
Legal Access Provided by ADA
Matthew Batten
& Mellow Joy
I.D. #: CSD008291TN
Issue Date: July 2021

# TENNESSEE
## STATE HAS LAWS REGARDING
## GUIDE: YES HEARING: YES SERVICE: YES

STATUE REGARDING ACCESSIBILITY: Title 62, Chapter 7, 62-7-112 (1996) and 66-7-104 (1972) and 66-7-106 (1989)
LOCATIONS ALLOWED: Any public accommodation, amusement or recreation, including but not limited to any inn, hotel, restaurant, eating house, barber shop, billiard parlor, store, public conveyance on land or water, theater, motion picture house, public educational institution or elevator.
STATUTE REGARDING INTERFERENCE: 62-7-112 (1996)
INTERFERENCE INCLUDES: No proprietor, employee, or other person in charge of any public accommodation shall refuse to permit a blind, physically disabled or hearing-impaired person to enter such place or to make use of the accommodations therein provided.
STATUE REGARDING HOUSING: 66-7-104 (1972) & 66-7-106 (1989) (Guide Dogs)
HOUSING INCLUDES: Any real property or portion thereof which is used to occupy or is inteded, arranged or designed to be used or occupied, as the home, residence or sleeping place of one (1) or more human beings, but does not include any single family residence, the occupants of which rent, lease or furnish for compensation not more than one (1) room therein.
STATUTE REGARDING OWNER LICENSES AND FEES: No Mention
LICENSES OR FEE REQUIREMENTS: N/A
IDENTIFICATION REQUIREMENTS: The Guide Dog and Service Dog must wear a harness and on leash. A Hearing Dog must be on leash. A Hearing Dog user may apply for an identification card in lieu training center ID from the Tennessee Council for the Hearing Impaired
MISREPRESENTATION OF DISABILITY: 55-8-179 (1989) Unless disabled no person can use a leash blaze orange in color.



Graduation Certificate

Class of July 2021

This certifies that

Mellow Joy

Has successfully completed teaching at

Canine Assistants, Inc.

As of this day July 20th in the year 2021

Certificate is awarded as a

Service Dog

Jennifer Arnold, Executive Director

Kent Bruner, DVM, Managing Director