IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN,<br><br>Plaintiff,<br><br>v.<br><br>K-VAT-FOOD STORES, INC. d/b/a<br>FOOD CITY,<br><br>Defendant. | ) | Case No. 4:22-cv-00179<br><br>JUDGE: William M. Ray, II<br>MAGISTRATE: Walter E. Johnson |

JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION

Via an Order of May 17, 2023, the Court ordered the parties to mediate within forty-five (45) days of the Order. The parties have conferred and agreed on a private mediator. Based on the schedules of the various persons involved the mediation is not set to take place until July 6, 2023.

Accordingly, the parties move the Court to grant an extension of time to complete mediation until July 14, 2023. The parties request a date beyond July 6 in the event unanticipated matters arise and an adjustment needs to be made.

Respectfully submitted this 5th day of June 2023.

Joshua R. Ward (Ga Bar # 746261)
Massey and Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, Tennessee 37421
(888)885-1982
(423)634-8886 (fax)
josh@masseyattorneys.com
Attorney for Plaintiff,
Christopher Matthew Batten

Howard B. Jackson, Ga Bar # 387010
Wimberly Lawson Wright Daves & Jones, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000
(865) 546-1001 (fax)
hjackson@wimberlylawson.com
Attorney for K-VA-T Food Stores, Inc.