IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
At ROME

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW BATTEN,<br><br>Plaintiff,<br><br>v.<br><br>K-VAT-FOOD STORES, INC. d/b/a<br>FOOD CITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:22-cv-00179 |

**MOTION FOR LEAVE TO FILE REPLY BRIEF**

The Defendant herein, K-VA-T Food Stores, d/b/a Food City ("Defendant"), hereby MOVES the Court for leave to file a brief in Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. In support of the motion, Defendant states as follows:

1. Defendant filed a Motion for Summary Judgment on April 11, 2023 (Doc. 29), along with supporting Statement of Material Facts (Doc. 30).

2. On April 26, 2023, the Plaintiff, through counsel, filed a Motion for extension of time to file a response to the Motion for Summary Judgment. Defendant did not object and the Motion was granted.

3. On May 12, 2023, Plaintiff filed a second Motion for extension of time to file a Response to Motion for Summary Judgment. Again, Defendant did not object and the Plaintiff's Motion for more time was granted.

4. On May 17, 2023, in response to Defendant's Motion for Mediation, the Court ordered the parties to mediation, and as part of that motion, the Court STAYED the filing of the Plaintiff's response to the Motion for Summary Judgment until 21 days after the mediation date, if mediation was not successful. (Doc. 41).

5. Plaintiff nevertheless filed a Response in Opposition to the Motion for Summary Judgment on May 25, 2023 (Doc. 42). Based on the parties' scheduled mediation, and the Court's Order at Doc. 41, Defendant did not file a Reply Brief.

6. Mediation was attempted on July 6, 2023, but was not successful.

7. Defendant now MOVES the Court for leave to file a Reply Brief in response to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 42), to be filed in accordance with LR 7.1(C), NDGa.

WHEREFORE, Defendant MOVES for leave to file a Reply Brief to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted this 12th day of July, 2023.

/s/ Howard B. Jackson
Howard B. Jackson, BPR #021316
Wimberly Lawson Wright Daves &
Jones, PLLC
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000
Attorney for K-VA-T Food Stores, Inc.,
Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

**Ethan Hargraves**
**Massey and Associates, P.C.**
**6400 Lee Highway, Suite 101**
**Chattanooga, Tennessee 37421**
**(888)885-1982**
**(423)634-8886**
ethan@masseyattorneys.com

This 12th day of July, 2023.

/s/ Howard B. Jackson

Howard B. Jackson