**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**AT ROME**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| **Plaintiff,** | ) | **Case No. 4:22-cv-00179** |
| **v.** | ) | |
| **K-VA-T FOOD STORES, INC. d/b/a FOOD CITY,** | ) | |
| **Defendant.** | ) | |

**ADR NEUTRAL'S REPORT TO THE COURT**

Pursuant to Rule 16.7(L), Local Rules of the United States District Court for the Northern District of Georgia, the undersigned ADR Neutral submits the following report to the Court:

Mediation was ordered on May 17, 2023. *See* ECF Doc. No. 41.

Mediation started on July 6, 2023. All required litigants and their counsel were present. Mediation was terminated on July 6, 2023 following four (4) hours of mediation. No settlement agreement was reached.

The undersigned ADR Neutral recommends that this Report be deemed the status report of the parties mandated by the Court's Order of May 17, 2023 [ECF Doc. No. 41] and that the stay of proceedings ordered by the Court be lifted.

Pursuant to Local Rule 16.7(L), this Report has been signed by counsel of record for the parties and will be submitted to the ADR Administrator by the undersigned ADR Neutral.

Name, address, telephone and fax number of mediator:

John C. Harrison
State Bar of Georgia No. 333175
TN BPR No. 7308
Evans Harrison Hackett, PLLC
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402
(423) 648-7890 Telephone
(423) 648-7897 Facsimile

Mediator's Signature

Date: July 13, 2023

MASSEY & ASSOCIATES, P.C.

By: ______________________
R. Ethan Hargraves
State Bar of Georgia No. 793839
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
(423)697-4529 Telephone
(423)634-8886 Facsimile
***Counsel for the Plaintiff***

**WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC**

**By:** ______________________
**Howard B. Jackson**
**State Bar of Georgia No. 021316**
**550 Main Street, Suite 900**
**Knoxville, TN 37902**
**(865)564-1000 Telephone**
**(865)546-1001 Facsimile**
***Counsel for the Defendant***