UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

---

CHRISTOPHER MATTHEW BATTEN,
Plaintiff,
vs.
K-VA-T FOOD STORES, INC. d/b/a FOOD CITY,
Defendant.

CIVIL ACTION FILE NO. 4:22-CV-00179

ORIGINAL

---

MARCH 3, 2023

**ZOOM DEPOSITION OF SHERRELL LYON, JR.**

APPEARING FOR THE PLAINTIFF:

R. ETHAN HARGRAVES, ESQUIRE
MASSEY & ASSOCIATES
6400 LEE HIGHWAY, SUITE 101
CHATTANOOGA, TENNESSEE 37421

APPEARING FOR THE DEFENDANT:

HOWARD B. JACKSON, ESQUIRE
WIMBERLY LAWSON WRIGHT DAVES & JONES
550 MAIN STREET, SUITE 900
KNOXVILLE, TENNESSEE 37902

**CATHY H. KERLEY, RPR**
**HALL & ASSOCIATES**
**POST OFFICE BOX 428**
**CHATTANOOGA, TENNESSEE 37401**
**423-267-4328**

EXHIBIT
tabbies
2
Doc. 50

A If it's -- if it's -- if the position is not modified, that's correct.
Q And that was my question. So you're saying here today it could be modified; right?
A Because we do it all the time.
Q Okay. Mr. Batten was never told that the Uscan attendant position could be modified to accommodate him; was he?
A I don't think we had the opportunity to tell him.
Q Why is that?
A Because he made it very clear that if he didn't have this dog, then he wasn't going to work.
Q Okay. Well, let's look back at Exhibit 9. It should still be up there for you.
A Okay.
Q It's talking about the August 12 meeting between David Ellison, Mr. Batten, and Gary Richards. It says -- about the middle of the paragraph do you see where it's my cursor Mr. Batten?
A Yes, sir.
Q "Mr. Batten stated that there wasn't any position in the store that he would be able to