**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN** | ) | |
| | ) | **CASE NO.** |
| **Plaintiff,** | ) | **4:22-cv-00179** |
| | ) | |
| **v.** | ) | **JURY DEMANDED** |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a** | ) | |
| **FOOD CITY,** | ) | |
| | ) | |
| **Defendant.** | | |

---

**PLAINTIFF'S UNOPPOSED MOTION TO SET HEARING ON DEFENDANT'S MOITION FOR SUMMARY JUDGMENT**

---

Comes now the Plaintiff, Christopher Matthew Batten and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to set Defendant's Motion for Summary Judgment for hearing and oral argument. In support thereof, Mr. Batten sets for the following:

1. The parties are before the Court on a Complaint filed by Plaintiff alleging Defendant violated the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et. seq., and the Americans with Disabilities Act of 2008, et. seq.
2. On April 11, 2023, Defendant, K-VA-T food Stores, Inc., d/b/a Food City filed a Motion for Summary Judgment.

3. On May 25, 2023, Plaintiff filed his Response in Opposition to Defendant's Motion for Summary Judgment.
4. On July 27, 2023, Defendant filed their reply brief in support of their Motion for Summary Judgment.
5. Defendant's reply brief cited multiple additional authorities that were not included in Defendant's initial filing; as such, Plaintiff has not had the opportunity to demonstrate to the Court how these additional authorities are distinguishable in this case.
6. As of the filing of this motion, all pleadings responsive to Defendant's Motion for Summary Judgment have been filed.
7. As of the filing of this motion, the Court has not ruled on the pleadings filed regarding Defendant's Motion for Summary Judgment.
8. On August 11, 2023, counsel for Plaintiff and Defendant conferred about the filing of this motion and Defendant has no opposition.

WHEREFORE, Plaintiff prays that this Court set a date certain for hearing and oral argument on Defendant's Motion for Summary Judgment.

*(Approval signature of following page)*

Respectfully submitted,

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves, GA No. 793839
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Ph: 423.697.4529, F: 423.634.8886
ethan@masseyattorneys.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves