**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| CHRISTOPHER MATTHEW BATTEN,<br>Plaintiff,<br><br>vs.<br><br>K-VA-T FOOD STORES, INC.<br>Defendant. | CIVIL ACTION FILE<br><br>No. 4:22-cv-00179-WMR |

## **JUDGMENT**

This action having come before the court, the Honorable William M. Ray, II, United States District Judge, for consideration of the magistrate judge's final report and recommendation and of defendant's motion for summary judgment, and the court having adopted said recommendation in part and granted said motion, it is

**Ordered and Adjudged** that plaintiff take nothing; that defendant recover costs of this action, and that the action be, and the same hereby, is **DISMISSED.**

Dated at Rome, Georgia, this 8th day of December, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: /s/ T. Frazier
Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
December 8, 2023
Kevin P. Weimer
Clerk of Court

By: /s/ T. Frazier
Deputy Clerk