**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MATTHEW BATTEN,** | ) | |
| | ) | |
| **Plaintiff** | ) | **DOCKET NO.** |
| | ) | **4:22-CV-00179** |
| **v.** | ) | |
| | ) | |
| **K-VA-T FOOD STORES, INC., d/b/a** | ) | |
| **FOOD CITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**NOTICE OF APPEAL**

---

Plaintiff, Christopher Matthew Batten, appeals to the United States Court of Appeals for the 11th Circuit from the final judgment entered on December 8, 2023.

Respectfully submitted,

**MASSEY & ASSOCIATES, P.C.**

*__/s/ R. Ethan Hargraves__*
R. Ethan Hargraves, GA No. 793839
Joshua R. Ward, GA No. 746261
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Ph: 423.697.4529/ F: 423.634.8886
ethan@masseyattorneys.com
josh@masseyattorneys.com
*Attorneys for Plaintiff/Appellant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appeal was served upon Defendant using the CM/ECF system which will automatically send email notification of such filing to the following:

Howard B. Jackson
Mary Moffatt
Wimberly Lawson Wright Daves & Jones PLLC
550 W. Main Avenue, Suite 900
Knoxville, TN 37902
hjackson@wimberlylawson.com
mmoffatt@wimberlylawson.com

This 19th day of December 2023.

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves
Joshua R. Ward

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies compliance with LR 5.1(B) regarding Font and Point selections.

**MASSEY & ASSOCIATES, P.C.**

*/s/ R. Ethan Hargraves*
R. Ethan Hargraves
Joshua R. Ward