# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

December 20, 2023

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

**U.S.D.C. No.: 4:22-cv-00179-WMR**
**U.S.C.A. No.: 00-00000-00**
**In re: Batten v. K-VA-T Food Stores, Inc.**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on . |
| X | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: Original record A/V Record Exhibits transmitted pursuant to request. (See attached copy of request.) |
| X | **Fees HAVE been paid electronically on 12/19/23. (Receipt# AGANDC-13107866)** |
| | Appellant has been leave to appeal *in forma pauperis*. |
| | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| x | **The Magistrate Judge is Walter E. Johnson.** |
| X | **The District Judge William M. Ray, II.** |
| | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: T. Frazier
Deputy Clerk