**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 15, 2024

Clerk - Northern District of Georgia
U.S. District Court
600 E 1ST ST
STE 304
ROME, GA 30161

Appeal Number: 23-14199-AA
Case Style: Christopher Batten v. K-VA-T Food Stores, Inc
District Court Docket No: 4:22-cv-00179-WMR

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 23-14199-AA

CHRISTOPHER MATTHEW BATTEN,

Plaintiff - Appellant,

versus

K-VA-T FOOD STORES, INC.,
d.b.a. Food City,

Defendant - Appellee.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER: Joint Motion to dismiss appeal as moot filed by Appellee K-VA-T Food Stores, Inc. is GRANTED by clerk [10197119-2].

Effective May 15, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION